GRACE L. SANDOVAL
P.O BOX 712793
SAN DIEGO, CALIFORNIA  92101

FILED

2008 OCT 10  AM 10: 53

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY_____DEPUTY

## UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF CALIFORNIA

GRACE L. SANDOVAL )
(Plaintiff) )
)
)
)
)
)
Vs. )
)
)
)
)
CORINA S. PECK )
(Defendant) )
_____ )

**08 CV 1854 LAB BLM**

*COMPLAINT*

I, GRACE L.SANDOVAL AM THE MOTHER OF CORINA SANDOVAL
SLALI AKA: PECK,CORIE.  I, GRACE L. SANDOVAL AKA: GRACE L.
SANDOVAL HAVE CONSERVATEE ORDER ON DEMAND OF MY
DAUGHTER CORINA SANDOVAL SLALI AKA: PECK, CORIE.  CORINA S.
PECK IS A HOSTAGE.  CORINA S. PECK LIFE IS IN DANGER OF BEING
MURDERED BY THE HEROIN ADDICTS THAT HAVE LIENS ON THEIR
PROPERTY FROM ME, GRACE L. SANDOVAL.  CORINA S. PECK WAS
KIDNAPPED BY JEROME PECK AT NEWGEN RESULTS CORPORATION,
10243 GENETIC DRIVE, SAN DIEGO, CALIFORNIA.  JEROME PECK AND
DEANNA LEGERETTA INVADED MY DAUGHTER CORINA SANDOVAL
SLALI AKA: PECK, CORIE AT HER PLACE OF EMPLOYMENT.  CORINA S.
PECK WAS INJECTED WITH VARIOUS HARMFUL SUBSTANCE IN HER
HUMAN ABDOMEN, HUMAN BACK, HUMAN SEX ORGAN, ETC. BY



PAGE 2

JEROME PECK. JEROME PECK IS THE SON OF RADY PECK AND JAN PECK THAT LIVE ON DURHAM CIRCLE, OCEANSIDE, CALIFORNIA. JEROME PECK IS FRIENDS WITH BENJAMIN BARNHART. BENJAMIN BARNHART IS SARA AND STEVE BARNHART SON. STEVE AND SARA BARNHART LIVE ON NINA PLACE, ESCONDIDO, CALIFORNIA. SARA BARNHART IS RELATED TO JEFFREY DOE. JEFFREY DOE LIVES IN LEUCADIA, CALIFORNIA. JEFFREY DOE HAS STOLEN THREE OF MY CARS. JEFFREY DOE HAS KIDNAPPED ME, GRACE L. SANDOVAL MANY TIMES TO DRIVE ME, GRACE L. SANDOVAL UNDER SEDATION TO VARIOUS COUNTIES IN CALIFORNIA. I, GRACE L. SANDOVAL HAVE NEVER KNOWN JEFFREY DOE ADDRESS OR TELEPHONE NUMBER. JEFFREY DOE IS MARRIE TO SARA CLARK. SARA CLARK IS JOE CLARK SISTER. JOE CLARK IS MARRIED TO IRMA RODRIGUEZ CLARK. IRMA RODRIGUEZ CLARK LIVES ON LEHNER AVENUE, ESCONDIDO,CALIFORNIA. IRMA RODRIGUEZ CLARK IS INVOLVED IN THE RAPE OF MY TWO DAUGHTERS PRISCELLA SANDOVAL SLALI AKA: BARNHART, DANKO AND CORINA SANDOVAL SLALI AKA: PECK, CORIE AND MYSELF, GRACE L. SANDOVAL AKA: GRACE SANDOVAL SLALI. IRMA RODRIGUEZ CLARK IS JOINED WITH MANY EX PRISONERS FROM LA MESA PRISON,TIJUANA MEXICO IN THE RAPE OF AMERICANS. IRMA RODRIGUEZ CLARK IS INVOLVED WITH THE ORPHANS FROM SANTA ANA, CALIFORNIA, O.J. SIMPSON, PATRICK J. CLARK, CHARLES YAGODA, GARY BLAKE, DONNA MILLS, ALICE KRULL, ERNEST DEGUZMAN, DAN GREEN AKA: HAMMOND, EDGAR AKA: MAC, KENNEY DOE AND MANY OTHERS  IN THE KIDNAP OF MANY CHILDREN BORN PREMATURE WITH THE DRUG PROVERA ILLEGALLY. I, GRACE L. SANDOVAL AM A VICTIM OF RAPE. MY DAUGHTER PRISCELLA SANDOVAL SLALI AKA: BARNHART, DANKO IS A VICTIM OF RAPE. MY DAUGHTER CORINA SANDOVAL SLALI AKA: PECK, CORIE IS A VICTIM OF RAPE. I, GRACE L. SANDOVAL HAVE CARRIED TWENTY FIVE

PAGE 3

CHILDREN BORN PREMATURE WITH THE DRUG PROVERA THAT HAVE BEEN KIDNAPPED IMMEDIATELY SINCE I, GRACE L. SANDOVAL WAS FOURTEEN YEARS OLD UNTIL THIRTY NINE YEARS OLD. I, GRACE L. SANDOVAL ONLY HAVE TWO DAUGHTERS BORN FULL TERM PREGNANCY FROM MY HUSBAND JESSE DIAZ SLALI. PRISCELLA SANDOVAL SLALI AKA: BARNHART, DANKO WAS BORN AT SHARP MEMORIAL HOSPITAL, SAN DIEGO, CALIFORNIA IN MARCH 1977. MY DAUGHTER CORINA SANDOVAL SLALI AKA:PECK, CORIE WAS BORN AT EL CENTRO COMMUNITY HOSPITAL AKA:REGIONAL HOSPITAL IN EL CENTRO, CALIFORNIA IN MARCH 1982. MY DAUGHTER PRISCELLA SANDOVAL SLALI AKA: BARNHART, DANKO HAS CARRIED MANY CHILDREN BORN PREMATURE WITH THE DRUG PROVERA ILLEGALLY SINCE SHE, PRISCELLA SANDOVAL SLALI AKA:BARNHART, DANKO WAS THIRTEEN YEARS OLD. MY DAUGHTER CORINA SANDOVAL SLALI AKA:PECK, CORIE HAS CARRIED MANY CHILDREN BORN PREMATURE WITH THE DRUG PROVERA ILLEGALLY SINCE SHE, CORINA SANDOVAL SLALI AKA: PECK,CORIE WAS THIRTEEN YEARS OLD. I, GRACE L. SANDOVAL HAVE REPORTED THE RAPE BY THE ORGANIZED CRIMINALS THAT ARE DEMANDED TO RAPE AMERICANS AND TO FORCE AMERICANS TO CARRY CHILDREN BORN PREMATURE WITH THE DRUG PROVERA ILLEGALLY IN THE UNITED STATES. O.J. SIMPSON LIVES ON WEST CARLTON PLACE, SANTA ANA, CALIFORNIA. O.J. SIMPSON AND HIS GAY LOVE AND OTHERS WERE INVOLVED IN THE RAPE OF THE ESPINOZA FAMILY. THE ESPINOZA FAMILY LIVES ON WEST CARLTON PLACE, SANTA ANA, CALIFORNIA. JOSEFINA NUNGARAY ESPINOZA IS MY MOTHER FELOMENA NUNGARAY DUTRA AKA: SANDOVAL OLDEST SISTER. THE STAR, ELVIS PRESLEY AND HIS BROTHER JESSE PRESLEY LIVED WITH THEIR PARENTS VERNON AND GLADYS ON WEST CARLTON PLACE, SANTA ANA, CALIFORNIA. THE STAR ELVIS PRESLEY IS MY MOTHER FELOMENA NUNGARAY DUTRA

PAGE 4

AKA: SANDOVAL RELATIVE (COUSIN). ELVIS PRESLEY HAD THREE BROTHERS, WILLIAM, JOHN, JACK. WILLIAM LANSDOWNE AKA: STEMPLE LIVES IN SAN DIEGO,CALIFORNIA. JACK STEMPLE LIVES IN EL CENTRO,CALIFORNIA. JESSE PRESLEY LIVES IN BRAWLEY, CALIFORNIA. I, GRACE L. SANDOVAL VISIT MY RELATIVES ON WEST CARLTON PLACE, SANTA ANA, CALIFORNIA. I, GRACE L. SANDOVAL PLAYED THE MOVIE ROLE THE "WITCH" IN THE MOVIE "THE WIZARD OF OZ" IN MAY 1979. I, GRACE L. SANDOVAL WAS BORN IN ORANGE, CALIFORNIA IN MAY 1958. I, GRACE L. SANDOVAL LIVED IN WESTMORLAND, CALIFORNIA FROM OCTOBER 1964 TO JULY 1976. IN JULY 1976 I, GRACE L. SANDOVAL AKA: GRACE S. SLALI MOVED TO ZURA HALL, SAN DIEGO STATE DORMITORY, SAN DIEGO,CALIFORNIA TO ATTEND SUMMER SCHOOL AT SAN DIEGO STATE UNIVERSITY IN SAN DIEGO,CALIFORNIA. I, GRACE L. SANDOVAL MOVED BACK TO WESTMORLAND, CALIFORNIA IN NOVEMBER 1978. IN MAY 1982 JESSE AND MY TWO DAUGHTERS PRISCELLA AND CORINA AKA: CORIE AND MYSELF,GRACE L. SANDOVAL AKA: GRACE S. SLALI MOVED ON RAY STREET, SAN DIEGO,CALIFORNIA. IN AUGUST 1982 I, GRACE L. SANDOVAL HAD AN INJURY TO MY RIGHT LUNG AT FASHION VALLEY MALL,SAN DIEGO, CALIFORNIA. ROBERT GOODMAN SR. CAUSED MY INJURY TO MY RIGHT LUNG IN AUGUST 1982. ROBERT GOODMAN SR. IS A GERMAN. ROBERT GOODMAN SR. LIVES IN OCEANSIDE, CALIFORNIA. ROBERT GOODMAN SR. IS A MASACRE. ROBERT GOODMAN SR. THREATENED TO CAUSE ME, GRACE L. SANDOVAL MY INJURY TO MY RIGHT LUNG IN AUGUST 1982. ROBERT GOODMAN SR. AND THE ORPHANS FROM SANTA ANA, CALIFORNIA THREATENED TO MURDER THE STAR, ELVIS PRESLEY IN AUGUST 1977. ELVIS PRESLEY LIVED IN LA MIRADA, CALIFORNIA. ELVIS PRESLEY WAS MARRIED TO THE STAR, ANN MARGARET. ELVIS PRESLEY AND HIS WIFE ANN MARGARET HAD THREE CHILDREN. ROBERT GOODMAN SR. HAS MANY RELATIVES

PAGE 5

THAT ARE GERMANS IN SAN DIEGO, CALIFORNIA. ROBERT GOODMAN
SR. AND HIS GERMAN RELATIVES HAVE MANY CHILDREN BORN OUT
OF WEDLOCK. KATHRYN JEAN YAVENDITTI AKA: KATE WAS BORN
OUT OF WEDLOCK FROM ROBERT GOODMAN SR. GERMAN RELATIVE
THAT LIVES IN LEUCADIA, CALIFORNIA. KATHRYN JEAN YAVENDITTI
AKA; KATE LIVES IN RINCON INDIAN RESERVATION, SAN DIEGO
COUNTY, CALIFORNIA. KATHRYN JEAN YAVENDITTI AKA; KATE HAS A
SUPREME COURT FILE NO. S108367 IN LOS ANGELES, CALIFORNIA
FROM ME, GRACE L. SANDOVAL. PRISCILLA SPENCER AND HER
DAUGHER LISA SPENCER LIVED IN RINCON INDIAN RESERVATION, SAN
DIEGO COUNTY, CALIFORNIA BEFORE MOVING TO WEST CARLTON
PLACE, SANTA ANA, CALIFORNIA. KATHRYN JEAN YAVENDITTI AKA:
KATE FOLLOWS ME, GRACE L. SANDOVAL AKA; GRACE S. SLALI AND
MY TWO DAUGHTER PRISCELLA SANDOVAL SLALI AKA: BARNHART,
DANKO AND CORINA SANDOVAL SLALI AKA: PECK, CORIE AND THEIR
FATHER JESSE DIAZ SLALI BEFORE HE DIED ON SEPTEMBER 6, 2007.
KATHRYN JEAN YAVENDITTI AKA:KATE WAS DEMANDED TO
STRANGLE ME, GRACE L. SANDOVAL IN MY HOME ON SIXTH STREET,
WESTMORLAND, CALIFORNIA SINCE I, GRACE L. SANDOVAL WAS TEN
YEARS OLD. ROGELIO PINA AKA: ROY AND HIS WIFE LUPE NUNGARAY
PINA HAD STOLEN A PINK CADILLAC FROM MY NIEGHBOR. MY
NIEGHBORS WERE INDIANS THAT HAD LIVED IN RINCON INDIAN
RESERVATION, SAN DIEGO COUNTY, CALIFORNIA. CLAISSE MARQUEZ
VISIT HER GRANDPARENTS ON SIXTH STREET, WESTMORLAND,
CALIFORNIA. CLAIRISSE MARQUEZ HAD A BROTHER. CLAIRISSE
MARQUEZ HAD A MOTHER. CLAIRISSE MARQUEZ AND HER BROTHER
LIVED IN RINCON INDIAN RESERVATION, SAN DIEGO COUNTY,
CALIFORNIA. CLAIRISSE MARQUEZ TOLD ME, GRACE L. SANDOVAL
THAT RINCON INDIAN RESERVATION, SAN DIEGO COUNTY,
CALIFORNIA HAD A MASACRE NAMED KATHRYN JEAN YAVENDITTI

PAGE 6

AKA: KATE. KATHRYN JEAN YAVENDITTI AKA: KATE HAD MURDERED
HER M0THER AT RINCON INDIAN RESERVATION, SAN DIEGO COUNTY,
CALIFORNIA. KATHRYN JEAN YAVENDITTI AKA: KATE WENT TO
PRISON FOR THE MURDER OF HER MOTHER WHEN SHE, KATHRYN
JEAN YAVENDITTI AKA: KATE WAS YOUNG. KATHRYN JEAN
YAVENDITTI AKA: KATE WAS DEMANDED TO FORCE IN MY HOME ON
SIXTH STREET, WESTMORLAND, CALIFORNIA TO STRANGLE ME,
GRACE L. SANDOVAL WITH A LEATHER PIECE AKA: COREA. KATHRYN
JEAN YAVENDITTI AKA: KATE ALSO STRANGLED OTHER MEMBERS IN
MY FAMILY WITH A LEATHER PIECE OR COREA. KATHRYN JEAN
YAVENDITTI AKA; KATE WAS REPORTED FOR HER CRIME TO LAW
ENFORCEMENT, ETC. KATHRYN JEAN YAVENDITTI AKA; KATE IS
JOINED WITH THE EX PRISONERS FROM LA MESA PRISON, TIJUANA
MEXICO IN STEALING EVERY CAR THAT I, GRACE L. SANDOVAL AKA;
GRACE S. SLALI PURCHASE AND PAY FOR. KATHRYN JEAN
YAVENDITTI AKA: KATE IS JOINED WITH EX PRISONERS FROM LA
MESA PRISON, TIJUANA MEXICO IN STEALING EVERY CAR THAT MY
DAUGHTER CORINA SANDOVAL SLALI AKA: PECK, CORIE HAS
PURCHAED AND PAID FOR. KATHRYN JEAN YAVENDITTI AKA: KATE IS
JOINED WITH EX PRISONERS FROM LA MESA PRISON, TIJUANA
MEXICO IN VANDALIZING MY DAUGHTER PRISCELLA SANDOVAL
SLALI AKA: BARNHART, DANKO BRAND NEW CAR, 1999 IZUSU, RODEO.
KATHRYN JEAN YAVENDITTI AKA: KATE IS DEMANDED BY ROBERT
GOODMAN SR. TO STEALING MONEY FROM MY BANK ACCOUNT.
ROBERT GOODMAN SR. DEMANDED HIS CHILDREN BORN OUT OF
WEDLOCK TO FOLLOW JESSE DIAZ SLALI IN SAN DIEGO COUNTY,
CALIFORNIA. ROBERT GOODMAN SR. DEMANDED ALL HIS CHILDREN
BORN OUT OF WEDLOCK TO STEAL MONEY FROM JESSE DIAZ SLALI
BANK ACCOUNTS. CAROLYN DOE FOLLOWED JESSE DIAZ SLALI SINCE
HE, JESSE DIAZ SLALI MOVED TO SAN DIEGO, CALIFORNIA IN 1975 TO

PAGE 7

ATTEND SAN DIEGO STATE UNIVERSITY. CAROLYN DOE IS BARREN OR
UNABLE TO REPRODUCE CHILDREN. JESSE DIAZ SLALI TOLD
CAROLYN DOE THAT HE, JESSE DIAZ SLALI AND I, GRACE L. SANDOVAL
HAD PLANS TO MARRY. CAROLYN DOE FOLLOWED JESSE DIAZ SLALI
ON RAY STREET, SAN DIEGO,CALIFORNIA. CAROLYN DOE IS VIOLENT.
CAROLYN DOE ATTACKED ME, GRACE L. SANDOVAL AKA: GRACE S.
SLALI WITH A LARGE KNIFE AND CUT MY MOUTH. I, GRACE L.
SANDOVAL REQUIRED A VISIT TO THE EMERGENCY DEPARTMENT AT
SHARP MEMORIAL HOSPITAL, SAN DIEGO, CALIFORNIA. ROBERT
GOODMAN SR. DEMANDED ALL HIS CHILDREN BORN OUT OF
WEDLOCK TO STEAL THE MONEY I, GRACE L. SANDOVAL HAD BEEN
PAID FOR THE MOVIE ROLE THE "WITCH" IN THE MOVIE THE WIZARD
OF OZ IN MAY 1979. JOSE REYNA IS ROBERT GOODMAN SR. FRIEND.
JOSE REYNA IS MARRIED TO CARLOTA S. REYNA. JOSE AND CARLOTA
S. REYNA LIVE ON CENTER STREET, WESTMORLAND, CALIFORNIA.
JOSE REYNA FOLLOWED ME, GRACE L. SANDOVAL TO THE BANK OF
AMERICA, MAIN STREET, BRAWLEY, CALIFORNIA. JOSE REYNA AKA:
SANCHEZ ASSAULED ME, GRACE L. SANDOVAL AKA: GRACE S. SLALI
WITH A HANDGUN INSIDE OF BANK OF AMERICA. JOSE REYNA
DEMANDED MY PAY CHECK FROM WARNER BROTHERS, BURNBANK,
CALIFORNIA. JOSE REYNA WAS REPORTED TO BRAWLEY POLICE
DEPARTMENT, BRAWLEY, CALIFORNIA IMMEDIATELY. I, GRACE L.
SANDOVAL FILED A CASE ON JOSE REYNA IN COURT, BRAWLEY,
CALIFORNIA. JOSE REYNA TOLD THE JUDGE IN COURT, BRAWLEY,
CALIFORNIA THAT HE, JOSE REYNA AKA; SANCHEZ HAD GIVEN ME,
GRACE L .SANDOVAL AN  APARTMENT, SIXTH STREET,
WESTMORLAND, CALIFORNIA THAT HE HAD BUILT. I, GRACE L.
SANDOVAL TOLD THE JUDGE IN COURT, BRAWLEY, CALIFORNIA THAT
HE, JOSE REYNA HAD BUILT TWO APARTMENTS ON SIXTH STREET,
WESTMORLAND, CALIFORNIA. I, GRACE L.SANDOVAL TOLD THE JUDGE

PAGE 8

IN COURT, BRAWLEY, CALIFORNIA THAT JOSE REYNA HAD NOT GIVEN
ME AN APARTMENT. JOSE REYNA PLANNED WITH HIS GERMAN
FRIEND, ROBERT GOODMAN SR. TO STEAL ALL MY MONEY FROM MY
BANK ACCOUNTS INCLUDING ALL OF MY FURNITURE, CLOTHES,
SHOES, GOLD, CHILDREN CLOTHES, CHILDREN SHOES, CHILDREN
TOYS, ETC. JOSE REYNA AND HIS WIFE CARLOTA S. REYNA STOLD
MONEY, FOOD, FURNITURE, CLOTHES, GOLD, ETC. FROM MY MOTHER
FELOMENA NUNGARAY DUTRA AKA: SANDOVAL AND HER FIVE
CHILDREN THAT LIVED IN WESTMORLAND, CALIFORNIA. FELOMENA
NUNGARAY DUTRA AKA: SANDOVAL IS MY MOTHER. JOSE REYNA AND
HIS WIFE CARLOTA S. REYNA STOLD MONEY, FOOD, FURNITURE, TOYS,
CARS, ETC. FROM LUPE CHAVEZ SWAIN. LUPE CHAVEZ SWAIN IS JOSE
REYNA DAUGHTER. LUPE CHAVEZ SWAIN LIVED WITH HER
GRANDPARENTS, LUIS AND CHRISTINA REYNA ON FITH STREET,
WESTMORLAND, CALIFORNIA. JOSE REYNA AND HIS WIFE CARLOTA S.
REYNA AND THEIR THREE CHILDREN, JOE, CHRISTINA, JAVIER STOLD
MONEY, FOOD, ETC. FROM MANY RESIDENTS IN WESTMORLAND,
CALIFORNIA AND OTHER NEARBY AREAS. MY MOTHER, FELOMENA N.
DUTRA AKA: SANDOVAL FILED CASES ON JOSE REYNA AND HIS WIFE
CARLOTA S. REYNA AND THEIR THREE CHILDREN. JOE REYNA IS
INVOLVED IN DRUG SMUGGLING ILLEGAL DRUGS AND HARMFUL
SUBSTANCE FROM MEXICO TO THE UNITED STATES FOR ROBERT
GOODMAN SR. AND HIS GERMAN RELATIVES THAT LIVE IN SAN DIEGO
COUNTY, CALIFORNIA. THE FIERRO FAMILIES LIVED IN
WESTMORLAND, CALIFORNIA BEFORE MOVING TO EL CAJON,
CALIFORNIA. THE FIERRO FAMILIES ARE INVOLVED IN DRUG
SMUGGLING ILLEGAL DRUGS AND HARMFUL SUBSTANCE FROM
MEXICO TO THE UNITED STATES. JOE FIERRO SR. AND JOE FIERRO JR.
HAVE BEEN TO PRISON FROM DRUG SMUGGLING ILLEGAL DRUGS
FROM MEXICO TO THE UNITED STATES. LINDA YBARRA FIERRO AND

PAGE 9

HER HUSBAND ALONZO FIERRO AND THEIR CHILDREN LIVED ON
EMERALD, EL CAJON, CALIFORNIA IN AUGUST 1982. LINDA YBARRA
FIERRO WAS DEMANDED BY KATHRYN JEAN YAVENDITTI AKA: KATE,
SUSAN GOLDING, PRISCILLA D. CASTILLO, CINDY HEART, ROBERT
GARCIA, RICHARD PARELA, JON BOYES, LINDA STILLINGS, MARTHA
FIERRO AND MANY OTHERS TO SCREAM MANY TIMES TO ROBERT
GOODMAN JR. TO MURDER ME, GRACE L. SANDOVAL AKA: GRACE S.
SLALI WHILE HE, ROBERT GOODMAN JR VISIT LINDA STILLINGS AND
HER HUSBAND RICHARD PARELA AND THEIR SON. ROBERT GOODMAN
JR. VISIT OFTEN LINDA YBARRA FIERRO AND HER NIEGHBOR LINDA
STILLINGS TO PLAN MY INJURY TO MY RIGHT LUNG IN AUGUST 1982.
ROBERT GOODMAN SR. CONTINUED HIS CRIME TO ME, GRACE L.
SANDOVAL AKA: GRACE S. SLALI ON RAY STREET, SAN DIEGO,
CALIFORNIA WITH THE ORPHANS FROM SANTA ANA, CALIFORNIA, O.J.
SIMPSON, PATRICK J. CLARK, LEONARD FINK, KATHRYN JEAN
YAVENDITTI AKA: KATE, SUSAN GOLDING, PRISCILLA D. CASTILLO,
CINDY HEART, LUIS CONCHOLLA, JUAN CESENA, CAROLYN DOE AND
MANY OTHERS. I, GRACE L. SANDOVAL WAS DRILLED IN MY HUMAN
HEART BY O.J. SIMPSON, PATRICK J. CLARK AND OTHER THAT
REQUIRED A PACE MAKER. I, GRACE L. SANDOVAL HAD DRILLED IN
MY HUMAN HEART AT COOKS MARKET, BRAWLEY, CALIFORNIA JOHN
CAIN AKA; MCCAIN. I, GRACE L. SANDOVAL REQUIRED A PACE
MAKER. ELVIS PRESLEY WAS DRILLED AT COOKS MARKET,
BRAWLEY,CALIFORNIA BY JOHN CAIN AKA: MCCAIN. ELVIS PRESLEY
AND HIS BROTHER JESSE PRESLEY AND HIS PART BROTHERS, WILLIAM
AND JACK SHOPPED AT COOKS MARKET, BRAWLEY,CALIFORNIA.
JOHN CAIN AKA: MCCAIN LIVED IN YUMA, ARIZONA BEFORE MOVING
TO BRAWLEY,CALIFORNIA. JOHN CAIN AKA: MCCAIN ALSO DRILLED
MY MOTHER FELOMENA NUNGARAY DUTRA AKA: SANDOVAL AT
COOKS MARKET, BRAWLEY, CALIFORNIA. O.J. SIMPSON, PATRICK J.

PAGE 10

CLARK, CHARLES YAGODA, GARY BLAKE HAD CAUSED THE MURDER
OF MY STEP FATHER, FRANK DUTRA MALE BLACK FRIEND NAMED
SAMUEL AKA:SAMMY ON FIFTH STREET, WESTMORLAND,
CALIFORNIA. SAMUEL AKA: SAMMY WAS DEMANDED BY O.J. SIMPSON
TO DRUG SMUGGLE ILLEGAL DRUGS AND HARMFUL SUBSTANCE FROM
MEXICO TO THE UNITED STATES. O.J. SIMPSON ALSO ATTACKED MY
STEP FATHER FRANK DUTRA ON FIFTH STREET, WESTMORLAND,
CALIFORNIA. O. J. SIMPSON DEMAND MONEY, FOOD, ETC. FROM FRANK
DUTRA. O.J. SIMPSON, PATRICK J. CLARK, CHARLES YAGODA, GARY
BLAKE, LEONARD FINK FORCED INTO MY HOME ON RAY STREET, SAN
DIEGO,CALIFORNIA TO DRILL MY HUMAN MOUTH, DRILL MY HUMAN
FOREHEAD, TO DRILL MY HUMAN STERNUM BONE, TO DRILL MY
HUMAN SPINE, DRILL MY HUMAN BONES. I, GRACE L. SANDOVAL WAS
INJURED BY ALL THE DRILLING IN MY HUMAN BODY. O.J. SIMPSON,
PATRICK J. CLARK, CHARLES YAGODA,GARY BLAKE,LEONARD FINK
DEMANDED MONEY, FOOD, ETC. JUAN CESENA LIVED IN MEXICALI
MEXICO BEFORE MOVING TO CHULA VISTA, CALIFORNIA. JUAN
CESENA WAS JOINED WITH MIKE AGUIRRE AKA: LEVINE AT THE SAN
DIEGO BAY, SAN DIEGO,CALIFORNIA WHEN ELEANOR CONTRERAS
SANCHEZ DROVE ME, GRACE L. SANDOVAL AKA; GRACE S. SLALI TO
JOIN THEM AT THE SAN DIEGO BAY, SAN DIEGO,CALIFORNIA. JUAN
CESENA WAS DEMANDED TO BURN MY HUMAN FACE WITH A HOT IRON
TO CAUSE MY HUMAN FACE TO BURN. ELEANOR CONTERAS SANCHEZ
LIVED IN WESTMORLAND, CALIFORNIA BEFORE MOVING TO "E"
STREET, CHULA VISTA, CALIFORNIA. ELEANOR CONTRERAS SANCHES
MARRIED RUBEN SANCHEZ. ELEANOR CONTRERAS SANCHEZ AND
RUBEN SANCHEZ LIVE IN BONITA, CALIFORNIA. ELEANOR
CONTRERAS SANCHEZ WAS JOINED WITH LUIS CONCHOLLA, TERESA
KINNY AKA: LEVINE, CHRIS MILLS IN STEALING MONEY FROM MY
BANK OF AMERICA ACCOUNT AND OTHER BANK ACCOUNTS TO

PAGE 11

PURCHASE REAL PROPERTY. I, GRACE L. SANDOVAL HAD MANY
INJURIES TO MY HUMAN FACE AND BODY THAT REQUIED A LOT OF
TIME TO HEAL. I, GRACE L. SANDOVAL HAD RETIREMENT MONEY
FROM MY PREVIOUS EMPLOYMENT AT IMPERIAL COUNTY SCHOOLS
OFFICE OF EDUCATION, SPERBER ROAD, EL CENTRO,CALIFORNIA. I,
GRACE L. SANDOVAL AKA: GRACE S. SLALI PURCHASED A USED CAR
AT PEARSON FORD, EL CAJO BLVD, SAN DIEGO,CALIFORNIA AND MANY
OTHER ITEMS WITH MY RETIREMENT MONEY THAT I,GRACE L.
SANDOVAL AKA: GRACE S. SLALI WITHDREW FROM RETIREMENT. I,
GRACE L. SANDOVAL HAD FILED MANY CASES IN COURT, BRAWLEY,
CALIFORNIA ON PERSON THAT HAD STOLEN MONEY FROM MY BANK
OF AMERICA ACCOUNT AND OTHER BANK ACCOUNTS INCLUDING
CASH MONEY. I, GRACE L. SANDOVAL REPORTED THE CRIME TO
DISRICT ATTORNEY, SAN DIEGO,CALIFORNIA. I, GRACE L. SANDOVAL
FILED DOCUMENTS FOR DISTRICT ATTORNEY, SAN DIEGO,
CALIFORNIA ON MANY ITMES STOLEN FROM ME, GRACE L. SANDOVAL
AT RAY STREET, SAN DIEGO,CALIFORNIA. THE ORPHANS FROM SAN
DIEGO,CALIFORNIA, TERESA PLAYER, RICHARD PARELA, ANDREW
CAMERON, LINDA STILLINGS ARE JOINED WITH MANY ORPHANS
INCLUDING THE ORPHANS FROM SANTA ANA, CALIFORNIA IN
STEALING MONEY FROM MY BANK OF AMERICA ACCOUNT AND OTHER
BANK ACCOUNTS. BAP RUSSO AKA; BAPSI SLALI IS JOINED WITH THE
ORPHANS FROM VARIOUS AREAS IN STEALING MONEY FROM MY BANK
OF AMERICA ACCOUNT AND OTHER BANK ACCOUNTS. BAP RUSSO
AKA: BAPSI SLALI IS JOINED WITH THE ORPHAN FROM FALLUJAH,
IRAQ, LORNA ALKFNE AKA; ALKSNE AND HER HUSBAND ALKFNE THAT
LIVES IN WILDOMAR, CALIFORNIA IN STEALING MONEY FROM MY
BANK OF AMERICA ACCOUNT AND OTHER BANK ACCOUNTS TO
PURCHASE A TRAILER IN EL CENTRO, CALIFORNIA. THE ORPHAN
FROM FALLUJAH, IRAQ DEMANDED IRMA RODRUGUEZ CLARK TO

PAGE 12

STEAL MONEY FROM ME,  GRACE L. SANDOVAL AKA: GRACE S. SLALI
BANK OF AMERICA ACCOUNT AND OTHER BANK ACCOUNTS TO
PURCHASE A TRAILER FOR HER TO LIVE IN.  IRMA RODRIGUEZ CLARK
STOLD MONEY FROM ME, GRACE L. SANDOVAL TO PURCHASE
TRAILERS FOR HER, IRMA R. CLARK AND HER BROTHER'S JOE AND
CARLOS.  LORNA ALKFNE AKA: ALKSNE LIVES IN A TRAILER NEAR
LILAC ROAD, ESCONDIDO,CALIFORNIA ON MICHAEL IMHOFF
PROPERTY NEAR VIEW COURT, ESCONDIDO, CALIFORNIA WHERE
IRMA R. CLARK AND HER FAMILY LIVE.  IRMA R. CLARK IS JOINED
WITH EX PRISONERS FROM LA MESA PRISON, TIJUANA MEXICO IN THE
RAPE OF AMERICANS INCLUDING MY TWO DAUGHTERS PRISCELLA
SANDOVAL AKA; BARNHART, DANKO AND CORINA SANDOVAL SLALI
AKA: PECK, CORIE AND MYSELF,GRACE L. SANDOVAL AKA: GRACE S.
SLALI BY DRUG ADDICTS THAT ARE PROVIDED KEYS TO OUR HOMES
AND SEDATE ME AND MY TWO DAUGHTERS INCLUDING CORINA
SANDOVAL SLALI AKA: PECK, CORIE TO RAPE.  THE DRUG ADDICTS
ARE DEMANDED TO FORCE ME, GRACE L. SANDOVAL AKA: GRACE S.
SLALI AND MY TWO DAUGHTERS PRISCELLA SANDOVAL AND CORINA
SANDOVAL SLALI AKA: PECK, CORIE TO CARRY MANY CHILDREN
BORN PREMATURE WITH THE DRUG PROVERA ILLEGALLY TO
COLLECT WELFARE FRAUD FROM VARIOUS COUNTIES IN CALIFORNIA
FOR EACH CHILD.  ALL CHILDREN ARE CARED FOR IN PRIVATE HOMES
ILLEGALLY.  I, GRACE L. SANDOVAL DO NOT HAVE A CONTRACT TO
CARRY CHILDREN BORN PREMATURE.  I, GRACE L. SANDOVAL DO NOT
HAVE A CONTRACT TO BE SURROGATE MOTHER.  CORINA SANDOVAL
SLALI AKA: BARNHART, DANKO IS EXTREMELY THREATENED BY IRMA
RODRIGUEZ CLARK,LAURIE HARRISON, HILL, AKA: LUZ, JENNIFER
DEBLASE HILL, MAGGIE CASTANO, ESTHER NUNGARAY ESPINOZA,
IRMA NUNGARAY ESPINOZA, LUPE NUNGARAY PINA AND MANY
OTHERS THAT ARE INVOLVED IN DRUG SMUGGLING ILLEGAL DRUGS

PAGE 13

AND HARMFUL SUBSTANCE FROM MEXICO TO THE UNITED STATES. IRMA RODRIGUEZ CLARK IS INVOLVED IN THE HOSTAGE OF MY DAUGHTER, CORINA SANDOVAL SLALI AKA: PECK,CORIE  BY HEROIN ADDICTS INCLUDING DEANNA LEGERETTA, BENJAMIN BARNHART,WILLIAM NUNGARAY RODRIGUEZ AKA: WILLIE, JAVIER S. REYNA, POLIMINO MIRAMONTES AKA: POLI, JOSE REYES  AND MANY OTHERS. MY DAUGHTER CORINA SANDOVAL SLALI AKA: PECK, CORIE HAS SUFFERED MANY INJURIES TO HER HUMAN FACE AND BODY BY MY ENEMIES THAT HAVE LIENS ON THEIR PROPERTY FROM ME, GRACE L. SANDOVAL AKA: GRACE S. SLALI.  O.J. SIMPSON DEMANDS THE INJURY TO MY DAUGHTER CORINA SANDOVAL SLALI AKA: PECK, CORIE.  LEONAR FINK DEMANDS THE INJURY TO MY DAUGHTER CORINA SANDOVAL SLALI AKA: PECK, CORIE.  PATRICK J. CLARK DEMANDS THE INJURY TO MY DAUGHTER CORINA SANDOVAL SLALI AKA: PECK, CORIE.  MANY OTHERS ARE DEMANDED TO MURDER MY DAUGHTER CORINA SANDOVAL SLALI FOR THE LIENS ON THEIR PROPERTY FROM ME, GRACE L. SANDOVAL AKA: GRACE S. SLALI. KATHRYN JEAN YAVENDITTI AKA: KATE KIDNAPPS MY DAUGHTER CORINA SANDOVAL SLALI AKA: PECK,CORIE TO DRIVE HER, CORINA SANDOVAL SLALI AKA: PECK, CORIE TO VARIOUS COUNTIES IN CALIFORNIA TO BE ATTACKED BY  HEROIN ADDICTS THAT HAVE LIENS ON THEIR PROPERTY FROM ME, GRACE L. SANDOVAL AKA: GRACE S. SLALI. MY DAUGHTER CORINA SANDOVAL SLALI AKA: PECK, CORIE HAS FILED MANY CASES IN COURTS IN SAN DIEGO,CALIFORNIA. I, GRACE L. SANDOVAL AKA:GRACE S. SLALI HAVE FILED MANY CASES IN COURTS, SAN DIEGO,CALIFORNIA.  MY DAUGHTER PRISCELLA SANDOVAL SLALI AKA: BARNHART, DANKO HAS FILED MANY CASES IN COURTS, SAN DIEGO,CALIFORNIA.  JESSE DIAZ SLALI FILED MANY CASES IN COURTS, SAN DIEGO,CALIFORNIA BEFORE HE DIED ON SEPTEMBER 6,2007.  THE ENEMIES THAT HAVE LIENS ON THEIR

PAGE 14

PROPERTY FROM ME, GRACE L. SANDOVAL AKA: GRACE S. SLALI HAVE
AN ORDER THEY FOLLOW FOR FILING CASES IN COURTS, SAN DIEGO,
CALIFORNIA.  THE ORDER IS CRIME BY THE ENEMIES THAT HAVE
LIENS ON THEIR PROPERTY FROM ME, GRACE L. SANDOVAL
AKA:GRACE S. SLALI.  EX PRISONERS FROM LA MESA PRISON, TIJUANA
MEXICO PRISCELLA DISSELKOWNE CASTILLO HAS MY DAUGHTER
CORINA SANDOVAL SLALI AKA: PECK, CORIE HOSTAGE.  PRISCILLA D.
CASTILLO DEMANDED MY DAUGHTER CORINA SANDOVAL SLALI AKA;
PECK, CORIE TO HAVE CHILDREN BORN PREMATURE WITH THE DRUG
PROVERA FOR MANY EX PRISONERS FROM LA MESA PRISON,TIJUANA
MEXICO TO COLLECT WELFARE FRAUD FOR EACH CHILD INCLUDING
CINDY HEART, LUPE CONCHOLA AKA: LEVINE, JUAN GUTIERREZ,
ERNESTO ESPITIA, REYES QUESADA, JOE MIRANDA, FRANCISCO
MUNOZ, ETC.  PRISCILLA D. CASTILLO DEMANDS MY DAUGHTER
PRISCELLA SANDOVAL SLALI AKA; BARHNHART,DANKO TO CARRY
MANY CHILDREN BORN PREMATURE WITH THE DRUG PROVERA
ILLEGALLY FOR HEROIN ADDICTS, EX CONVICTED, ORPHANS, ETC.
PRISCILLA D. CASTILLO IS JOINED WITH ROGELIO PINA AKA:ROY AND
HIS BROTHER MANUEL PINA IN THE RAPE OF MANY FEMALES IN THE
UNITED STATES.  ROGELIO PINA AKA: ROY, MANUEL PINA, EVA PINA
AND THEIR MOTHER LIVED IN LA MESA PRISON, TIJUANA MEXICO.
ROGELIO PINA AKA: ROY IS DEMAND BY PRISCILLA D. CASTILLO,
SUSAN GOLDING, KATHRYN JEAN YAVENDITTI AKA: KATE, IRMA
RODRIGUEZ CLARK, IRMA MENDIBLES AND MANY OTHERS TO RUN
OVER MANY VICTIMS OF RAPE INCLUDING ME, GRACE L. SANDOVAL
AKA: GRACE S. SLALI, MY TWO DAUGHTERS PRISCELLA SANDOVAL
SLALI AKA: BARNHART, DANKO AND CORINA SANDOVAL SLALI AKA;
PECK,CORIE AND THEIR FATHER JESSE DIAZ SLALI.  IRMA RODRIGUEZ
CLARK HAS RUNNED OVER MY DAUGHTER CORINA SANDOVAL SLALI
AKA: PECK, CORIE MANY TIMES IN ESCONDIDO,CALIFORNIA AND

PAGE 15

OTHER COUNTIES IN CALIFORNIA. IRMA RODRIGUEZ CLARK IS
JOINED WITH EX PRISONERS FROM LA MESA PRISON, TIJUANA
MEXICO IN RUNNING OVER VICTIMS OF RAPE AT THIRTEEN YEARS
OLD TO FORCE TEENAGERES TO USE ILLEGAL DRUGS FROM MEXICO
AND TO DEMAND TO CARRY CHILDREN BORN PREMATURE WITH THE
DRUG PROVERA. I, GRACE L. SANDOVAL REPORTED TO ESCONDIDO
POLICE DEPARTMENT, ESCONDIDO, CALIFORNIA THE CRIME THAT
IRMA R. CLARK CONTINUED TO DO TO MY DAUGHTER CORINA
SANDOVAL SLALI AKA: PECK,CORIE OF RUNNING OVER HER, CORINA
SANDOVAL SLALI AKA:PECK, CORIE. IRMA R. CLARK ASSAULTS WITH
A HANDGUN AT MY TWO DAUGHTERS PRISCELLA SANDOVAL SLALI
AKA: BARNHART,DANKO AND CORINA SANDOVAL SLALI AKA:PECK,
CORIE AND MYSELF,GRACE L. SANDOVAL AKA: GRACE S. SLALI IN
ESCONDIDO, CALIFORNIA AND NEARBY AREAS THAT HAS BEEN
REPORTED IMMEDIATELY TO ESCONDIDO POLICE
DEPARTMENT,ESCONDIDO, CALIFORNIA. KATHRYN JEAN YAVENDITTI
AKA; KATE FORCES IN THE HOME OF MY DAUGHTER CORINA
SANDOVAL SLALI AKA: PECK, CORIE TO BURN HER, CORINA
SANDOVAL SLALI AKA; PECK,CORIE HUMAN MOUTH. CORINA
SANDOVAL SLALI AKA: PECK, CORIE REQUIRED A MOUTH PIECE TO
COVER HER BURN IN HER HUMAN MOUTH. CORINA SANDOVAL SLALI
AKA: PECK,CORIE HAS MANY ARTIFICIAL PIECES TO COVER HER
HUMAN FACE INJURIES. I, GRACE L. SANDOVAL HAVE BEEN DEMADED
TO USE A ARTIFICIAL PIECE ON MY HUMAN FACE TO COVER THE BURN
THE PATRICK J. CLARK MADE TO MY HUMAN FACE. PATRICK J.
CLARK IS AN ORPHAN THAT WAS ABANDONED AND FOUND WITH
DETRERIORATION ON HIS ENITRE FACE AND BODY IN SANTA ANA,
CALIFORNIA AND IS JOINED WITH MANY OTHERS THAT ARE ALSO
ABANDONED AND FOUND WITH DETERIORATION ON THEIR ENTIRE
FACE AND BODY. PARICK J. CLARK IS MY ENEMY. ALL ORPHANS THAT

PAGE 16

ARE JOINED WITH PATRICK J. CLARK ARE MY ENEMIES.  ALL
ORPHANS THAT WERE ABANDONED AND FOUND WITH
DETERIORATION ON THEIR ENTIRE FACE AND BODY ARE REQUIRED
TO USE A SUBSTANCE TO PUFF THE HUMAN SKIN TO LOOK NORMAL.
ALL ORPHANS THAT ARE ABANDONED AND FOUND WITH
DETERIORATION ON THEIR ENTIRE FACE AND BODY HAVE MULTIPE
DISEASES INCLUDING AIDS, CANCER, LEPROSY, ETC.  THE ORPHANS
ARE JOINED IN SAN DIEGO,CALIFORNIA IN USING ILLEGAL DRUGS
FROM MEXICO INCLUDING HEROIN, COCAINE, ETC.  PATRICK J. CLARK
AND MANY OTHERS ORPHANS HAVE STOLEN DOCUMENTS FROM
AMERICANS.  PATRICK J. CLARK AND MANY OTHER ORPHANS HAVE
FALSE DEGREES FROM KATHY MEALER, MARTHA G. ROBLES, TERESA
PLAYER, ANDREW CAMERON, PHILIP RAND, LUPE CHAVEZ SWAIN,
MANUEL GARCIA, ETC.  ORPHANS FROM FALLUJAH,IRAQ ARE JOINED
WITH THE PEOPLE FROM THE PHILIPPINES IN FALSE DEGREES IN THE
MEDICAL FIELD INCLUDING REGISTERED NURSE DEGREES.  THE
PEOPLE WITH FALSE REGISTERED NURSE DEGREES ARE DEMANDED
TO CARE ILLEGALLY FOR VICTIMS OF RAPE IN THEIR PRIVATE
HOMES.  THE PEOPLE THAT HAVE FALSE REGISTERED NURSE
DEGREES ARE DEAMANDED TO INJECT HARMFUL SUBSTANCE IN THE
HUMAN BODY OF VICTIMS OF RAPE.  THE PEOPLE WITH FALSE
REGISTERED NURSE DEGREES ARE DEAMANDED TO STEAL MONEY,
FOOD, ETC.  THE PEOPLE THAT HAVE FALSE REGISTERED NURSE
DEGREES ARE DEMANDED TO BURN THE HUMAN FACE AND BODY OF
MY TWO DAUGHTERS PRISCELLA SANDOVAL SLALI AKA: BARNHART,
DANKO AND CORINA SANDOVAL SLALI AKA: PECK, CORIE AND
MYSELF, GRACE L. SANDOVAL AKA: GRACE S. SLALI INCUDING JESSE
DIAZ SLALI BEFORE HE DIED ON SEPTEMBER 6,2007. THE PEOPLE THAT
HAVE FALSE REGISTERED NURSE DEGREES ARE DEMANDED TO
VANDALIZE MY CAR AND MY TWO DAUGHTERS PRISCELLA SANDOVAL

PAGE 17

SLALI AKA: BARNHART, DANKO AND CORINA SANDOVAL SLALI AKA:
PECK, CORIE AND THEIR FATHER JESSE DIAZ SLALI BEFORE HE DIED
ON SEPTEMBER 6, 2007. I, GRACE L. SANDOVAL AM A CERTIFIED NURSE
ASSISTANT AND MENTAL HEALTH WORKER. I, GRACE L. SANDOVAL
HAVE BEEN EMPLOYED IN ACUTE CARE SINCE SEPTEMBER 2001 IN SAN
DIEGO COUNTY, CALIFORNIA. I, GRACE L. SANDOVAL WANT TO CARE
FOR MY DAUGHTER CORINA SANDOVAL SLALI AKA:PECK, CORIE. I,
GRACE L. SANDOVAL WANT CORINA SANDOVAL SLALI AKA;
PECK,CORIE SAFE FROM ATTACKS BY MY ENEMIES THAT HAVE LIENS
ON THEIR PROPERTY FROM ME, GRACE L. SANDOVAL AKA: GRACE S.
SLALI. I, GRACE L. SANDOVAL DEMAND THAT ALL OF MY ENEMIES
THAT HAVE LIENS ON THEIR PROPERTY FROM ME, GRACE L.
SANDOVAL AKA: GRACE S. SLALI TO STOP THEIR ATTACKS TO MY
DAUGHTER CORINA SANDOVAL SLALI AKA: PECK, CORIE. CORINA
SANDOVAL SLALI AKA; PECK, CORIE IS A HUMAN PERSON. CORINA
SANDOVAL SLALI AKA: PECK, CORIE IS IN A LOT OF DANGER BY
LEONARD FINK. LEONARD FINK IS A MASACRE. LEONARD FINK LIVES
IN LA JOLLA, CALIFORNIA. LEONARD FINK HAS STRANGLED ME,
GRACE L. SANDOVAL AKA; GRACE S. SLALI SINCE I, GRACE L.
SANDOVAL MOVED TO SAN DIEGO,CALIFORNIA AND WAS SEVEN
MONTHS PREGNANT WITH MY FIRST DAUGHTER PRISCELLA
SANDOVAL SLALI AKA:BARNHART, DANKO. I, GRACE L. SANDOVAL
CALLED LA MESA POLICE DEPARTMENT, LA MESA, CALIFORNIA TO
REPORT THE CRIME IMMEDIATELY. LEONARD FINK FOLLOWS MY
TWO DAUGHTERS PRISCELLA SANDOVAL SLALI AKA:BARNHART,
DANKO AND CORINA SANDOVAL SLALI AKA; PECK, CORIE TO
STRANGLE BOTH AND TO STEAL THEIR MONEY, FOOD, ETC.
INCLUDING TO VANDALIZE THEIR CARS, TO DRILL THEIR HUMAN
HEART, TO DRILL THEIR HUMAN BONES, TO TAKE THEIR HUMAN
BLOOD, ETC. I, GRACE L. SANDOVAL HAVE REPORTED THE LEONARD

PAGE 18

FINK CRIME TO LAW ENFORCEMENT AND MANY OTHERS.  I, GRACE L. SANDOVAL ARE DEMANDING TO ARREST ALL CRIMINALS THAT HAVE CAUSED ME AND MY TWO DAUGHTERS PRISCELLA SANDOVAL SLALI AKA: BARNHART, DANKO AND CORINA SANDOVAL SLALI AKA: PECK, CORIE SO MANY INJURIES TO OUR HUMAN BODY  IN SAN DIEGO COUNTY,CALIFORNIA.  LEONARD FINK HAS STOLEN MONEY FROM MY MOTHER FELOMENA NUNGARAY DUTRA AKA: SANDOVAL AND HER FIVE CHILDREN, GRANDCHILDREN, ETC.  LEONARD FINK DEMANDS TO BURN THE HUMAN MALE SEX  ORGAN. LEONARD FINK DEMANDS TO INJECT LIDOCAINE IN THE HUMAN MALE SEX ORGAN AND IGNITING HUMAN MALE SEX ORGAN ON FIRE TO BURN.  LEONARD FINK IS JOINED WITH THE ORPHANS FROM FALLUJAH, IRAQ INCLUDING RAMIN K AKA: JASON IN BURING THE HUMAN MALE SEX ORGAN OF JESSE DIAZ SLALI.  LEONARD FINK FORCES IN MY RELATIVES HOMES ILLEGALLY TO TAKE HUMAN BLOOD ILLEGALLY WITH A DIALYSIS MACHINE.  LEONARD FINK HAS MANY CASES FILED IN COURTS FROM MY RELATIVES.  LEONARD FINK IS STEALING MONEY FROM MY MOTHER FELOMENA NUNGARAY DUTRA AKA; SANDOVAL HOME ON WEST FIRST STREET, WESTMORLAND,CALIFORNIA.  FELOMENA NUNGARAY DUTRA AKA: SANDOVAL AND HER HUSBAND FRANK DUTRA HUMAN FOREHEAD ARE DRILLED AND PICKED BY ENEMIES THAT HAVE LIENS ON THEIR PROPERTY FROM MY MOTHER AND HER FIVE CHILDREN,GRANDCHILDREN,ETC. INCLUDING MYSELF, GRACE L. SANDOVAL AKA: GRACE S. SLALI.  LEONARD FINK IS INVOLVED WITH MANUEL GARCIA, LUPE CHAVEZ SWAIN, IRMA MENDIBLES, RICARDO CASTANEDA, MARY PALMA GARCIA, ARLENE MENDIBLES, DONNY LAZAROTTO SR., DONNY LAZAROTTO JR., CONI DIAZ SLALI CERVANTES STOKELY, STELLA CERVANTES SANDOVAL, RAUL RODRIGUEZ, IRMA RODRIGUEZ CLARK, JOE CLARK, ARTHUR MARQUEZ, KATHRYN JEAN YAVENDITTI AKA: KATE, JOSE REYES

PAGE 19

MOTHER DOE, BENNIE DOE, DELIA AMBRIZ, MARTHA G. ROBLES, HECTOR MENDEZ, REYES QUESADA, CYNTHIA CARDENAS QUESADA, ANGIE COCOVA REDONDO, FELIPE COCOVA, PETER COCOVA, NANCY ZUNIGA, MARTHA AGUILERA MARQUEZ, RAYMOND MARQUEZ, MELISSA REYNA ENRIQUEZ LAZAROTTO, CHRISTINA REYNA ENRIQUEZ, NANCY S. ROBLES, HENRY G. ROBLES, HENRY ROBLES JR., CALLIE ROBLES, MARY G. ROBLES, MARYLOU G. ROBLES, JOE CRUZ, ERNESTO ESPITIA, ERNESTO NUNGARAY, ANDRES SANDOVAL, DOMINGO SANDOVAL, CARLOTA SANDOVAL REYNA, MARIO COCOVA MORENO, DOREEN NUNGARAY, MARIA LEVINE NUNGARAY, SONIA LEVINE NUNGARAY, JOSE REYES, TERESA KINNY AKA: LEVINE, MIKE AGUIRRE AKA: LEVINE, ROSARIO OTERO, ROSARIO OTERO (SMALL), LUPE DIAZ SLALI, LINDA DIAZ SLALI, EDWARD ROBLES AKA: GEORGE SLALI JR., EDWARD ROBLES AKA: GEORGE SLALI GIRL FRIEND DOE, NOBEL BUTLER, ANABELE BUTLER, LISA SPENCER, PRISCILLA SPENCER, PRISCILLA D. CASTILLO, SUSAN GOLDING, CINDY HEART, ROSIE MENDEZ, DOLORES CHAVARRIA SEVILLA, MANUEL SEVILLA, RUDY CHAVARRIA, IRENE ARAUJO SALCEDA, CARLOS SALCEDA, ERMALINDA GARCIA PERAZA AKA: GOOSIE, ARTHUR GRIJALVA, LIZZY ARMENTA GRIJALVA IN PICKING THE DRILLED FOREHEAD OF MY MOTHER FELOMENA NUNGARAY DUTRA AKA: SANDOVAL AND HER HUSBAND FRANK DUTRA INCLUDING MY DAUGHTER CORINA SANDOVAL SLALI AKA: PECK, CORIE AND MANY OTHERS.  LEONARD FINK IS INVOLVED WITH MANY HEROIN ADDICTS THAT LIVE IN VARIOUS COUNTIES IN CALIFORNIA IN CAUSING CRIME TO MANY PEOPLE BY VIEWING WITH A CAMERA AND GUIDING IN CRIME WHEN NOT AT AREA OF THE CRIME  IN PERSON.  LEONARD FINK IS JOINED WITH PATRICK J. CLARK THAT LIVES IN KENSINGTON AREA, SAN DIEGO,CALIFORNIA IN CRIME OF MY ENTIRE FAMILY, MOTHER FELOMENA N. DUTRA, BROTHER SERGIO SANDOVAL, SISTER NANCY S.

**PAGE 20**

ROBLES, SISTER IRMA S. PERAZA, SISTER DIANE S. COOPER INCLUDING
MY TWO DAUGHTERS PRISCELLA S. DANKO AND CORINA S. PECK AND
MYSELF, GRACE L. SANDOVAL.  PATRICK J. CLARK IS AN ENEMY OF MY
ENTIRE FAMILY SINCE THE DEATH OF MY RELATIVE, THE STAR, ELVIS
PRESLEY ON AUGUST 16, 1977 IN LA MIRADA, CALIFORNIA.  PATRICK J.
CLARK HAS A RELATIONSHIP WITH THE INDIAN FROM RINCON INDIAN
RESERVATION, SAN DIEGO COUNTY, CALIFORNIA, PRISCILLA SPENCER
THAT LIVES ON WEST CARLTON PLACE, SANTA ANA, CALIFORNIA
WITH HER DAUGHTER LISA SPENCER.  PRISCILLA SPENCER AND HER
DAUGHTER LISA SPENCER ARE ENEMIES OF MY MOTHER FELOMENA
N. DUTRA AKA: SANDOVAL AND HER FIVE CHILDREN INCLUDING
MYSELF, GRACE L. SANDOVAL.  PRISCILLA SPENCER AND HER
DAUGHTER LISA SPENCER ARE ENEMIES OF MY TWO DAUGHTER'S
PRISCILLA S. DANKO AND CORINA S. PECK AKA: CORIE.  PRISCILLA
SPENCER AND HER DAUGHTER LISA SPENCER DEMAND THE PUBLIC TO
MURDER MY MOTHER FELOMENA N. DUTRA AND HER FIVE CHILDREN,
GRANDCHILDREN, ETC. INCLUDING MY RELATIVES THAT LIVE ACROSS
THE STREET FROM THE SPENCER FAMILY ON WEST CARLTON PLACE,
SANTA ANA, CALIFORNIA.  I, GRACE L. SANDOVAL DO  NOT AGREE FOR
PRISCILLA SPENCER AND HER DAUGHTER LISA SPENCER TO FOLLOW
ME, GRACE L. SANDOVAL AKA: GRACE S. SLALI IN SAN DIEGO COUNTY,
CALIFORNIA OR ANYWHERE ELSE. I, GRACE L. SANDOVAL AKA:
GRACE S. SLALI HAVE NEVER VISIT PRISCILLA SPENCER AND HER
DAUGHTER LISA SPENCER IN THEIR HOME ON WEST CARLTON PLACE,
SANTA ANA, CALIFORNIA.  PRISCILLA SPENCER AND HER DAUGHTER
LISA SPENCER FORCE IN THE HOMES OF ALL OF MY RELATIVES THAT
LIVE IN VARIOUS COUNTIES IN CALIFORNIA WITHOUT BEING INVITED.
PRISCILLA SPENCER AND HER DAUGHTER LISA SPENCER HAVE BEEN
REPORTED FOR THEIR CRIME TO LAW ENFORCEMENT IMMEDIATELY.
MY RELATIVES HAVE FILED CASES IN COURTS  ON BOTH PRISCILLA

PAGE 21

SPENCER AND HER DAUGHTER LISA SPENCER. PRISCILLA SPENCER
AND HER DAUGHTER LISA SPENCER DEMAND POLIMINO MIRAMONTES
AKA: POLI TO FORCE INTO MY DAUGHTER CORINA SANDOVAL SLALI
AKA: PECK, CORIE HOME TO PICK HER DRILLED FOREHEAD TO
DEMAND MONEY, FOOD, CLOTHES, ETC. LEONARD FINK IS INVOLVED
WITH PRISCILLA SPENCER AND HER DAUGHTER LISA SPENCER IN
PICKING MY DAUGHTER CORINA SANDOVAL SLALI AKA: PECK, CORIE
FOREHEAD TO DEMAND MONEY, FOOD, CLOTHES, ETC. LEONARD
FINK IS INVOLVED WITH PRISCILLA SPENCER AND HER DAUGHTER
LISA SPENCER IN A LOT OF CRIME IN ORANGE COUNTY, LOS ANGELES
COUNTY, SAN DIEGO COUNTY, IMPERIAL COUNTY BY VIEWING WITH A
CAMERA TWENTY FOUR HOURS DAY, SEVEN DAYS A WEEK. LEONARD
FINK IS JOINED WITH THE ORPHANS THAT HAVE MULTIPLE DISEASES
INCLUDING AIDS, CANCER IN THEIR HUMAN BLOOD THAT HAVE
CAUSED THE MURDER OF MANY AMERICANS FOR THEIR MONEY,
FOOD,CLOTHES, GOLD, FURNITURE, SHOES, ETC. THE ORPHANS THAT
HAVE MULTIPLE DISEASES INCLUDING ADIS, CANCER IN THEIR
HUMAN BLOOD THAT ARE DISABLED AND UNEMPLOYED STEAL
MONEY, FOOD, ETC. FROM MY DAUGHTER CORINA SANDOVAL SLALI
AKA: PECK, CORIE. THE ORHPANS THAT HAVE MULTIPLE DISEASES
INCLUDING AIIDS, CANCER, ETC. AND ARE ADDICTED TO HEROIN,
COCAINE, ETC. ARE DEMANDED TO STEAL MONEY FROM THE VICTIMS
OF RAPE INCLUDING MY DAUGHTER CORINA SANDOVAL SLALI AKA:
PECK,CORIE. THE HEROIN ADDICTS THAT SELL HEROIN, COCAINE,
ETC. THAT ARE INVOLVED IN DRUG SMUGGLING ILLEGAL DRUGS AND
HARMFUL SUBSTANCE FROM MEXICO TO THE UNITED STATES THAT
HAVE LIENS ON THEIR PROPERTY FROM ME, GRACE L. SANDOVAL
AKA: GRACE S. SLALI AND MY TWO DAUGHTE'S PRISCELLA SANDOVAL
SLALI AKA:BARNHART, DANKO AND CORINA SANDOVAL SLALI AKA:
PECK, CORIE ARE DEMANDED BY MANUEL GARCIA, ERNESTO

PAGE 22

NUNGARAY, ROBERTO NUNGARAY JR., RICARDO CASTANEDA, FELOMENA N. DUTRA, LUPE CHAVEZ SWAIN, JOE SANDOVAL REYNA, JAVIER SANDOVAL REYNA, JUAN CESENA, IRMA RODRIGUEZ CLARK, NANCY SANDOVAL ROBLES, IRMA MENDIBLES, PRISCILLA D. CASTILLO, SUSAN GOLDING, CINDY HEART, MARIA ESPNOZA, JOSE REYES, ERIC WARREN AKA: DARIN, TERESA SAVARESE, MARTHA G. ROBLES, KATHY MEALER, MARYLOU G. ROBLES, CALLIE ROBLES, HENRY G. ROBLES SR., HENRY ROBLES JR., SERGIO SANDOVAL, PATRICK J. CLARK, O.J. SIMPSON, PRISCILLA SPENCER, LISA SPENCER, NOBEL BUTLER, MIKE BUTLER, ANABELE BUTLER, JANET PRESLEY, JESSE PRESLEY, JACK STEMPLE, WILLIAM LANSDOWNE AKA: STEMPLE, JERRY SANDERS, TERESA KINNY AKA: LEVINE, MARTY LEVINE AKA: MARCOS, BONNIE DUMANNIS, MIKE AGUIRRE AKA: LEVINE, MICHAEL TUCK, CAROL LEBEAU, IRMA RODRIGUEZ CLARK, ELEANOR CONTRERAS SANCHEZ, POLIMINO MIRAMONTES AKA: POLI, LUPE NUNGARAY PINA  AND MANY OTHERS.  EX PRISONERS FROM LA MESA PRISON, TIJUANA MEXICO ARE DEMANDED BY ROBERTO NUNGARY SR. EIGHT CHILDREN AND MANY OTHER ORPHANS THAT LIVE IN MEXICALI MEXICO AND NEARBY IN MEXICO TO DEMAND ALL FIVE CHILDREN, GRANDCHILDREN, ETC. FROM FELOMENA NUNGARAY DUTRA AKA: SANDOVAL FOR MONEY FOR GASOLINE FOR DRUG SMUGGLING ILLEGAL DRUGS AND HARMFUL SUBSTANCE FROM MEXICO TO THE UNITED STATES.  THE ORPHANS FROM SANTA ANA, CALIFORNIA O.J. SIMPSON AND PATRICK J. CLARK, CHARLES YAGODA, GARY BLAKE AND MANY OTHERS TO DRILL THE FOREHEAD OF ALL OF FELOMENA NUNGARAY DUTRA AKA: SANDOVAL AND HER FIVE CHILDREN INCLUDING MYSELF, GRACE L. SANDOVAL AKA; GRACE S. SLALI AND ALL OF FELOMENA N. DUTRA GRANDCHILDREN INCLUDING MY TWO DAUGHTERS PRISCELLA SANDOVAL SLALI AKA: BARNHART, DANKO AND CORINA SANDOVAL SLALI AKA: PECK, CORIE THAT HAVE

PAGE 23

FILED CASES IN COURTS AND HAVE COLLECTED MONEY FROM
CRIMINALS THAT STEAL MONEY, CARS, FURNITURE, GOLD, CLOTHES,
SHOES, TOYS, ETC. MANY VICTIMS OF CRIME ARE DRILLED IN THE
FOREHEAD BY THE ORPHANS FROM SANTA ANA, CALIFORNIA, O.J.
SIMPSON, PATRICK J. CLARK, CHARLES YAGODA, GARY BLAKE AND
MANY OTHERS IN VARIOUS COUNTIES IN CALIFORNIA INCLUDING SAN
DIEGO COUNTY, CALIFORNIA WHERE I, GRACE L. SANDOVAL AKA:
GRACE S. SLALI LIVE AND MY TWO DAUGHTERS PRISCELLA
SANDOVAL SLALI AKA:BARNHART, DANKO AND CORINA SANDOVAL
SLALI AKA: PECK, CORIE. I AM AM ASKING FOR HELP FOR MY
DAUGHTER CORINA SANDOVAL SLALI AKA:PECK,CORIE
IMMEDIATELY FOR HER HEALING OF THE DRILLING IN HER HUMAN
FOREHEAD AND HUMAN BODY. MY DAUGHTER CORINA SANDOVAL
SLALI AKA: PECK, CORIE IS VERY THREATENED BY LEONARD FINK,
KATHRYN JEAN YAVENDITTI AKA: KATE, SUSAN GOLDING, PRISCILLA
D. CASTILLO, MARIA ESPINOZA, TERESA KINNY AKA:LEVINE, JOSE
REYES, LUIS CONCHOLA, POLIMINO MIRAMONTES AKA: POLI, LUPE
CHAVEZ SWAIN, JOE SANDOVAL REYNA, JAVIER SANDOVAL REYNA,
ANDRES SANDOVAL, ROSARIO OTERO, ROSARIO OTERO (SMALL),
ROSARIO REYES, TONI VERDUZCO, BAP RUSSO AKA: BAPSI SLALI, CONI
DIAZ SLALI CERVANTES STOKELY, LINDA DIAZ SLALI, FATIMA DIAZ
SLALI ARREDONDO, IRMA RODRIGUEZ CLARK, MAGGIE CASTANO,
IRMA NUNGARAY ESPINOZA, ESTHER NUNGARAY ESPINOZA, LUPE
NUNGARAY PINA, ESPERANZA NUNGARAY ESPINOZA AKA: HOPE,
LARUA J. BIRKMEYER AKA: KELLY BIRK, LINDA QUINN, RAUL DIAZ,
MIKE BUTLER, PRISCILLA SPENCER, LISA SPENCER, AMADO
NUNGARAY, DOE NUNGARAY (AMADO WIFE),  DOE WINSOR AND HIS
FAMILY, RINGO STAR, MARIAH CAREY AKA: NUNGARAY, GEORGE
NUNGARAY ESPINOZA, CATHY NUNGARAY ESPINOZA, IRMA
NUNGARAY ESPINOZA, ESTHER NUNGARAY ESPINOZA AND OTHERS OF

PAGE 24

BEING MURDERED FOR THE CASES FILED BY HER, CORINA SANDOVAL
SLALI AKA:PECK, CORIE, MOTHER, MYSELF, GRACE L. SANDOVAL
SLALI AKA: GRACE S. SLALI IN COURTS IN SAN DIEGO, CALIFORNIA. I
WANT THE COURTS IN SAN DIEGO, CALIFORNIA TO PROTECT ME,
GRACE L. SANDOVAL AKA: GRACE S. SLALI AND MY TWO DAUGHTERS
PRISCELLA SANDOVAL SLALI AKA: BARNHART, DANKO AND CORINA
SANDOVAL SLALI AKA: PECK, CORIE FROM THE CRIMINALS THAT
HAVE CAUSED ME AND MY FAMILY SO MANY INJURIES AND CRIME
AND HAVE LIENS ON THEIR PROPERTY FROM ME, GRACE L. SANDOVAL
AKA: GRACE S. SLALI.  I DO NOT WANT MY TWO DAUGHTERS
PRISCELLA SANDOVAL SLALI AKA:BARNHART, DANKO AND CORINA
SANDOVAL SLALI AKA; PECK, CORIE TO BE MURDERED BY THE
ENEMIES, O.J. SIMPSON, PATRICK J. CLARK AND MANY OTHERS FROM
SANTA ANA, CALIFORNIA THAT LIVE IN SAN DIEGO COUNTY,
CALIFORNIA AND ARE JOINED WITH MANY HEROIN ADDICTS, COCAINE
ADDICTS, ALCOHOLICS, ETC. PLEASE PROTECT MY DAUGHTER
CORINA SANDOVAL SLALI AKA: PECK, CORIE AT ALL TIMES FROM THE
CRIMINALS THAT ARE DEMANED TO FOLLOW HER, CORINA SANDOVAL
SLALI AKA:PECK, CORIE TO ATTACK HER IN PUBLIC, PLACE OF
EMPLOYMENT, PRIVATE HOME, ETC. INCLUDING THE MASACRE
LEONARD FINK.  LEONARD FINK DOES THE SAME CRIME OF
FOLLOWING MY ENITRE FAMILY TO ATTACK IN PUBLIC, PRIVATE
HOMES, PLACE OF EMPLOYMENT, ETC. INCLUDING MYSELF, GRACE L.
SANDOVAL AKA: GRACE S. SLALI. I DO NOT HAVE ANY CONTACT OR
COMMUNICATION WITH LEONARD FINK OR HIS DAUGHTER BORN
PREMATURE AND OUT OF WEDLOCK NAMED MIKKI FINK THAT LIVE IN
LA JOLLA, CALIFORNIA.  LEONARD FINK IS A EXTREMELY DANGEROUS
PERSON.  LEONARD FINK IS FORCING IN MY DAUGHTER PRISCILLA S.
DANKO HOME ON VILLA RANCHO PARKWAY, ESCONDIDO,
CALIFORNIA TO ATTACK HER SON, ETHAN DANKO.  ETHAN DANKO IS

PAGE 25

ONLY SIX MONTHS OLD. PRISCILLA S. DANKO HAS BEEN ATTACKED BY LEONARD FINK MANY TIMES SINCE SHE, PRISCILLA S. DANKO MOVED TO SAN DIEGO, CALIFORNIA AFTER HER SEPERATION FROM HER FIRST HUSBAND BENJAMIN BARNHART. BENJAMIN BARNHART IS A VIOLENT PERSON. BENJAMIN BARNHART HAS ABUSED MY DAUGHTER PRISCELLA SANDOVAL SLALI AKA: BARNHART, DANKO AND CORINA SANDOVAL SLALI AKA: PECK, CORIE SINCE HE, BENJAMIN BARNHART MARRIED MY DAUGHTER PRISCELLA SANDOVAL SLALI AKA: BARNHART, DANKO IN APRIL 1995. BENJAMIN BARNHART IS JOINED WITH HIS RELATIVE JEFFREY DOE AND HIS WIFE SARA CLARK IN THE HOSTAGE OF MY DAUGHTER CORINA SANDOVAL SLALI AKA: PECK, CORIE IN SAN MARCOS, CALIFORNIA WITH DEANNA LEGERETTA AND OTHERS THAT LIVE NEAR. BENJAMIN BARHART IS VIOLENT TO HIS DAUGHTER, STEPHANIE A. BARNHART. STEPHANIE A. BARNHART IS MY DAUGHTER PRISCELLA SANDOVAL SLALI AKA: BARNHART, DANKO DAUGHTER BORN IN JUNE 1996. MY DAUGHTER PRISCELLA SANDOVAL SLALI AKA: BARNHART, DANKO HAS ALWAYS WANTED HER DAUGHTER, STEPHANIE A. BARNHART SINCE THEIR SEPERATION. BENJAMIN BARNHART AND HIS WIFE MARIE BARNHART REFUSE FOR STEPHANIE A. BARNHART TO LIVE WITH HER MOTHER PRISCELLA SANDOVAL SLALI AKA: BARNHART, DANKO THAT WAS EMPLOYED FULL TIME SINCE THEIR SEPERATION. MARIE BARNHART IS NOT EMPLOYED. I HAVE VISIT WITH MY GRANDAUGHTER STEPHANIE A. BARNHART MANY TIMES WHEN SHE, STEPHANIE A. BARNHART VISIT HER MOTHER, PRISCELLA SANDOVAL SLALI AKA: BARNHART, DANKO HAD VISITATION RIGHTS IN COURT. STEPHANIE A. BARNHART DESPERATELY NEEDS TO LIVE SAFE AND IN PEACE FROM THE VIOLENCE THAT SHE, STEPHANIE A. BARNHART LIVES WITH HER FATHER BENJAMIN BARNHART AND HIS WIFE MARIE BARNHART IN SAN MARCOS, CALIFORNIA. JEFFREY DOE IS A EXTREMELY

PAGE 26

DANGEROUS MAN. JEFFREY DOE IS DEMANDED TO MURDER MY
DAUGHTER CORINA SANDOVAL SLALI AKA: PECK, CORIE FOR THE
THREE CARS THAT HE, JEFFREY DOE HAS STOLEN FROM ME, GRACE L.
SANDOVAL AKA: GRACE S. SLALI. JEFFREY DOE IS KATHRYN JEAN
YAVENDITTI AKA: KATE PART BROTHER. JEFREY DOE AND HIS PART
SISTER KATHRYN JEAN YAVENDITTI AKA: KATE ARE DEMANDED BY
THEIR FATHER, A GERMAN AND HIS GERMAN RELATIVES TO MURDER
MY DAUGHTER CORINA SANDOVAL SLALI AKA: PECK, CORIE FOR THE
THE CARS HE, JEFFREY DOE AND KATHRYN JEAN YAVENDITTI AKA:
KATE STOLD FROM ME, GRACE L. SANDOVAL AKA: GRACE S. SLALI
THAT I PURCHASED AND PAID FOR. JESSE DIAZ SLALI WAS CORINA
SANDOVAL SLALI AKA: PECK, CORIE FATHER. JESSE DIAZ SLALI AND I,
GRACE L. SANDOVAL MARRIED IN SEPTEMBER 1976. JESSE DIAZ SLALI
AND I, GRACE L. SANDOVAL AKA: GRACE S. SLALI PURCHASED A
BROWN COLOR, 1976 CUTLASS SUPREME. JESSE DIAZ SLALI AKA:
GRACE L. SANDOVAL AKA: GRACE S. SALLI PURCHASED A GREY
COLOR, 1979 CHEVROLET TRUCK SIDE STEP. JESSE DIAZ SLALI AND I,
GRACE L. SANDOVAL AKA: GRACE S. SLALI PURCHASED A GREEN
COLOR, 1979 CUTLASS SUPRME. ALL THREE CARS WERE STOLEN BY
JEFFREY DOE. JEFFREY DOE AND HIS WIFE SARA CLARK HAVE MY
THREE CARS AS PLANNED BY IRMA RODRIGUEZ CLARK, IRENE
ARAUJO SALCEDA, MANUEL GARCIA, IRENE MENDIBLES, LUPE
CHAVEZ SWAIN, JOE S. REYNA, JAVIER S. REYNA, POLIMINO
MIMAMONTES AKA: POLI, FELOMENA NUNGARAY DUTRA AKA:
SANDOVAL, FRANK DUTRA, PRISCILLA D. CASTILLO, SUSAN GOLDING,
BAP RUSSO AKA: BAPSI SLALI, LORNA ALKFNE AKA: ALKSNE AND
MANY OTHERS INVOLVED IN STEALING CARS. THE GERMAN, ROBERT
GOODMAN SR. THAT CAUSED MY INJURY TO MY RIGHT LUNG IN
AUGUST 1982 DEMANDS HIS RELATIVES INCLUDING JEFFREY DOE AND
KATHRYN JEAN YAVENDITTI AKA; KATE TO STEAL EVERY CAR THAT I,

PAGE 27

GRACE L. SANDOVAL AKA: GRACE S. SLALI AND JESSE DIAZ SLALI AND OUR TWO DAUGHTER PRISCELLA SANDOVAL SLALI AKA: BARNHART, DANKO AND CORINA SANDOVAL SLALI AKA: PECK, CORIE PURCHASE AND PAY FOR.  KATHRYN JEAN YAVENDITTI AKA; KATE IS STEALING MY CAR, 2002 HONDA CIVIC, LX, LICENSE PLATE NO. 4YPB411 THAT I, GRACE L. SANDOVAL PURCHASED BRAND NEW AT PACIFIC HONDA IN JULY 2002. KATHRYN JEAN YAVENDITTI AKA: KATE IS DRIVING MY BLACK COLOR, HONDA CIVIC LX, LICENSE PLATE NO. 4YPB411 TO VARIOUS COUNTIES IN CALIFORNIA. KATHRYN JEAN YAVENDITTI AKA: KATE HAS STOLEN MY DAUGHTER CORINA SANDOVAL SLALI AKA: PECK, CORIE GREY COLOR, HONDA CIVIC, DX, LICENSE PLATE NO. 4XJR555. MY DAUGHTER CORINA SANDOVAL SLALI AKA: PECK, CORIE PAID FOR THE GREY COLOR HONDA CIVIC DX.  KATHRYN JEAN YAVENDITTI AKA: KATE IS INVOLVED WITH DONALD HILDRE, LUPE NUNGARAY PINA, CLAUDINA COCOVA ARAUJO, MANUEL MURILLO, FELOMENA NUNGARAY DUTRA AKA: SANDOVAL, FRANK DUTRA, IRMA MENDIBLES, IRENE ARAUJO SALCEDA, LUPE CHAVEZ SWAIN, JOE SANDOVAL REYNA, JAVIER SANDOVAL REYNA AND MANY OTHERS IN SREALING CARS IN VARIOUS COUNTIES IN CALIFORNIA. KATHRYN JEAN YAVENDITTI AKA: KATE, PRISCILLA D. CASTILLO AND OTHERS DEMAND MY DAUGHTER CORINA SANDOVAL SLALI AKA: PECK, CORIE TO PURCHASE SPECIFIC CARS AND DEMAND A SPECIFIC AMOUNT FOR THE CAR THAT HAS BEEN STOLEN BY THE CRIMINALS INVOLVED IN DRUG SMUGGLING ILLEGAL DRUGS AND HARMFUL SUBSTANCE FROM MEXICO TO THE UNITED STATES.  KATHRYN JEAN YAVENDITTI AKA: KATE SEDATES ANYONE INCLUDING MYSELF, GRACE L. SANDOVAL AND MY TWO DAUGHTERS PRISCELLA SANDOVAL SLALI AKA:BARNHART, DANKO AND CORINA SANDOVAL SLALI AKA: PECK, CORIE  TO DRIVE THE STOLEN CAR WITH ILLEGAL DRUGS AND HARMFUL SUBSTANCE FROM VARIOUS COUNTIES IN CALIFORNIA.

PAGE 28

KATHRYN JEAN YAVENDITTI AKA; KATE SEDATES MY DAUGHTER
CORINA SANDOVAL SLALI AKA; PECK, CORIE MANY TIMES TO KIDNAP
HER, CORINA SANDOVAL SLALI AKA: PECK, CORIE AND TO DRIVE HER
TO VARIOUS COUNTIES IN CALIFORNIA IN HER CAR THAT SHE NOW
OWNS A BLACK COLOR, TOYOTA MATRIX, LICENSE PLATE NO. 5SDY017.
I, GRACE L. SANDOVAL DO NOT AGREE FOR KATHRYN JEAN
YAVENDITTI AKA; KATE TO KIDNAP MY DAUGHTER CORINA
SANDOVAL SLALI AKA; PECK,CORIE. I, GRACE L. SANDOVAL DO NOT
AGREE FOR KATHRYN JEAN YAVENDITTI AKA: KATE TO DRIVE MY
DAUGHTER, CORINA SANDOVAL SLALI AKA: PECK, CORIE  UNDER
SEDATION TO IRMA NUNGARAY ESPINOZA AND ESTHER NUNGARAY
ESPINOZA INCLUDING LUPE NUNGARAY PINA HOMES IN SANTA ANA,
CALIFORNIA, LA MIRADA, CALIFORNIA, WHITTIER, CALIFORNIA TO BE
ATTACKED BRUTALLY BY ALL THAT ARE JOINED WITH IRMA
RODRIGUEZ CLARK IN THE HOSTAGE OF MY DAUGHTER CORINA
SANDOVAL SLALI AKA; PECK, CORIE IN SAN MARCOS, CALIFORNIA
WITH DEANNA LEGERETTA AND OTHERS.  LUPE N. PINA, ESTHER N.
ESPINOZA, IRMA N. ESPINOZA ARE MASACRES.  LUPE N. PINA, ESTHER
N. ESPINOZA, IRMA N. ESPINOZA ARE RELATED TO MY MOTHER
FELOMENA NUNGARAY DUTRA AKA: SANDOVAL.  LUPE N. PINA,
ESTHER N. ESPIONZA, IRMA N. ESPINOZA AND MANY OTHERS RELATED
TO MY MOTHER FELOMENA NUNGARAY DUTRA AKA: SANDOVAL ARE
ADDICTED TO ILLEGAL DRUGS FROM MEXICO INCLUDING HEROIN,
COCAINE, ETC.  LUPE N. PINA, ESTHER N. ESPINOZA, IRMA N. ESPINOZA,
LEONARD FINK,  ARE JOINED WITH THE ORPHAN, O.J. SIMPSON,
PATRICK J. CLARK, CHARLES YAGODA, GARY BLAKE AND MANY
OTHERS FROM SANTA ANA, CALIFORNIA THAT LIVE IN SAN
DIEGO,CALIFORNIA IN DRILLING THE HUMAN HEART, DRILLING THE
HUMAN STERNUM BONE, DRILLING THE HUMAN SPINE, DRILLING THE
HUMAN FOREHEAD, INJECTING HARMFUL SUBSTANCE IN THE HUMAN

PAGE 29

BRAIN AND BODY, FORCING HARMFUL SUBSTANCE IN THE HUMAN
MOUTH INCLUDING THE MALE SEX ORGAN, INFECTED WITH HERPES,
BLISTERS, ETC. TO CAUSE ORAL CANCER IN THE HUMAN MOUTH AS
MANY ORPHANS FROM LA MESA PRISON, TIJUANA MEXICO HAVE FOR
BEING EMPLOYED FOR MANY YEARS IN LOCAL BARS IN MEXICALI,
MEXICO INCLUDING BONNIE DUMANNIS, JOSE REYES, MIKE AGUIRRE
AKA: LEVINE, TERESA KINNY AKA: LEVINE, MICHAEL TUCK AKA:
LEVINE, MARTY LEVINE, CAROL LEBEAU AKA: LEVINE AND MANY
OTHERS RELATED TO THE LEVINE FAMILIES THAT LIVE IN VARIOUS
COUNTIES IN CALIFORNIA INCLUDING, POMONA, CALIFORNIA,
COMMERCE, CALIFORNIA, ETC. I, GRACE L. SANDOVAL DO NOT HAVE
ANY CONTACT OR COMMUNICATION WITH THE EX PRISONERS FROM
LA MESA PRISON, TIJUANA MEXICO INCLUDING THE LEVINE FAMILIES
THAT LIVE IN SAN DIEGO COUNTY, CALIFORNIA. THE LEVINE
FAMILIES ARE MY ENEMIES. THE LEVINE FAMILIES HAVE SAID SO
MUCH SLANDER ABOUT ME, GRACE L. SANDOVAL AKA: GRACE S. SLALI
TO THE PUBLIC INCLUDING TO MURDER ME. THE LEVINE FAMILIES
HAVE LIENS ON THEIR PROPERTY FROM ME, GRACE L. SANDOVAL
AKA: GRACE S. SLALI AND MY FAMILY. I, GRACE L. SANDOVAL AKA:
GRACE S. SLALI DO NOT AGREE TO JOIN ANYONE INVOLVED IN
ORGANIZED CRIME INCLUDING MURDER. PRISCELLA SANDOVAL
SLALI AKA: BARNHART, DANKO IS A VICTIM OF CRIME AND IS IN A LOT
OF DANGER BY THE SAME PERSONS THAT HAVE MY DAUGHTER
CORINA SANDOVAL SLALI AKA: PECK,CORIE HOSTAGE. PRISCELLA
SANDOVAL SLALI AKA: BARNHAR, DANKO DOES NOT WANT ANYONE
INVOLVED IN CRIME INCLUDING MURDER. CORINA SANDOVAL SLALI
AKA: PECK, CORIE DOES NOT WANT ANYONE INVOLVED IN CRIME
INCLUDING MURDER. EX PRISONERS FROM LA MESA PRISON, TIJUANA
MEXICO, PRISCILLA D. CASTILLO, SUSAN GOLDING, BAP RUSSO AKA:
BAPSI SLALI, CONI DIAZ SLALI CERVANTES STOKELY, LINDA DIAZ

PAGE 30

SLALI, RUZIAK IBRAHIM AKA; HUZIK, PATRICK J. CLARK, O.J.
SIMPSON, PHLIIP RAND, CHARLES YAGODA, GARY BLAKE, TERESA
KINNY AKA: LEVINE, CAROL LEBEAU, JUAN CESENA,MIKE LEVINE,
LINDA YBARRA FIERRO, BECKY MARES FIERRO, MARTHA FIERRO,
QUATIQUE ALLEN TORRES, ARTHUR ALLEN, ROBERT ALLEN AKA;
BOBBIE, SANDRA SALAZAR MURILLO, MANUEL MURILLO, MARY REYES
AKA: IGGY, BLANCA ROMERO AGUIRRE, ARTHUR AGUIRRE, ALMA
ROMERO LOPEZ, CYNTHIA CARDENAS QUESADA AND MANY OTHERS
ARE INVOLVED IN DEMANDING DRUG ADDICTS, COCAINE, HEROIN,
ETC. TO INJECT LIDOCAINE IN THE HUMAN BREAST TO CAUSE BREAST
TO SWELL AND THE DUCK IN THE HUMAN BREAST TO CAUSE HUMAN
BREAST TO BREAK OPEN AND TO LEAK FLUID THAT COLLECTS IN A
HUGE BALL TEMPORARY UNDER HUMAN BREAST. MY TWO
DAUGHTERS PRISCELLA SANDOVAL SLALI AKA: BARNHART, DANKO
AND CORINA SANDOVAL SLALI AKA: PECK, CORIE AND MYSELF,
GRACE L. SANDOVAL AKA: GRACE S. SLALI ARE BEING INJECTED WITH
LIDOCAINE IN THE HUMAN BREAST TO CAUSE THE HUMAN BREAST TO
SWELL AND CAUSE PAIN THAT NEEDS IMMEDIATE ATTENTION WITH A
MEDICAL DOCTOR. EX PRISONERS FROM LA MESA PRISON, TIJUANA
MEXICO PLAN TO CAUSE MANY INJURIES WITH HAMFUL SUBSTANCE
THAT REQUIRE IMMEDIATE MEDICAL ATTENTION TO VICTIMS OF
CRIME AND RAPE. VICTIMS OF CRIME AND RAPE ARE REQUIRED TO
FILE FOR BANKRUPTCY IN COURT IN SAN DIEGO, CALIFORNIA FOR
THE MANY INJURIES CAUSED BY THE CRIMINALS THAT HAVE LIENS
ON THEIR PROPERTY FROM ME, GRACE L. SANDOVAL AKA: GRACE S.
SLALI. MY DAUGHTERS PRISCELLA SANDOVAL SLALI AKA:
BARNHART, DANKO AND CORINA SANDOVAL SLALI AKA:PECK, CORIE
AND MYSELF,GRACE L. SANDOVAL AKA; GRACE S. SLALI HAVE
REQUIRED A LOT OF TIME TO HEAL FROM THE INJURIES CAUSED BY

PAGE 31

THE CRIMINALS THAT HAVE LIENS ON THEIR PROPERTY FROM ME,
GRACE L. SANDOVAL AKA: GRACE S. SLALI. I DO NOT WANT ANY
MORE PAIN CAUSED BY THE SAME ENEMIES THAT HAVE CAUSED ME
AND MY FAMILY PAIN FOR MANY YEARS. I WANT ALL ENEMIES THAT
HAVE CAUSED ME AND MY FAMILY PAIN TO BE ARRESTED FOR THEIR
CRIME IMMEDIATELY. I DO NOT AGREE FOR ENEMIES TO KNOW
EVERYWHERE THAT MY FAMILY AND I ARE TWENTY FOUR HOURS A
DAY, SEVEN DAYS A WEEK. I DO NOT AGREE FOR ENEMIES TO KNOW
EVERY ITME THAT I PURCHASE IMMEDIATELY IN SAN DIEGO,
CALIFORNIA AND NEARBY. I DO NOT AGREE FOR ENEMIES TO STEAL
OR DAMAGE EVERY ITEM THAT I PURCHASE IMMEDIATELY. I DO NOT
AGREE FOR PRISCILLA D. CASTILLO TO VIEW EVERY ITEM THAT I,
GRACE L .SANDOVAL AKA; GRACE S. SLALI PURCHASE IN SAN DIEGO,
CALIFORNIA AND NEARBY. I, GRACE L. SANDOVAL DO NOT AGREE FOR
PRISCILLA D. CASTILLO OR ANYONE ELSE SHE, PRISCILLA D.
CASTILLO DEMANDS TO STEAL FROM ME, GRACE L .SANDOVAL AKA:
GRACE S. SLALI. I, GRACE L .SANDOVAL AKA: GRACE S. SLALI DO NOT
AGREE FOR PRISCILLA D. CASTILLO TO STEAL EVERY ITEM THAT I,
GRACE L .SANDOVAL AKA: GRACE S. SLALI PURCHASE FOR MY TWO
DAUGHTERS PRISCELLA SANDOVAL SLALI AKA: BARNHART, DANKO
AND CORINA SANDOVAL SLALI AKA: PECK,CORIE. I, GRACE L.
SANDOVAL DO NOT HAVE ANY CONTRACTS WITH ANY EX PRISONERS
FROM LA MESA PRISON, TIJUANA MEXICO. I, GRACE L. SANDOVAL DO
NOT HAVE A CONTRACT WITH PRISCILLA D. CASTILLO THAT
ASSAULTS ME, GRACE L .SANDOVAL WITH A HANDGUN IN PUBLIC TO
DEMAND MY CASH MONEY. PRISCILLA D. CASTILLO HAS ASSAULTED
AND SHOT AT MY MOTHER FELOMENA NUNGARAY DUTRA AKA;
SANDOVAL AND HER FIVE CHILDREN INCLUDING MYSELF, GRACE L.
SANDOVAL AKA: GRACE S. SLALI SINCE I, GRACE L. SANDOVAL WAS
NINE YEARS OLD. SUSAN GOLDING HAS ASSAULTS ME, GRACE L.

PAGE 32

SANDOVAL AKA:GRACE S. SLALI  WITH A HANDGUN IN PUBLIC,
PRIVATE HOME TO DEMAND MY CAR, MY FURNITURE, MY MONEY,
ETC.  EX PRISONERS FROM LA  MESA PRISON, TIJUANA MEXICO,
PRISICLLA D. CASTILLO, SUSAN GOLDING, CINDY HEART, MARIA
ESPINOZA AND OTHERS ARE ROGELIO PINA AKA: ROY FRIENDS.
ROGELIO PINA AKA:ROY LIVES IN POMONA, CALIFORNIA.  ROGELIO
PINA AKA: ROY IS INVOLVED WITH MIKE LEVINE FROM POMONA,
CALIFORNIA IN STEALING CARS, STEALING FURNITURE, STEALING
GOLD, STEALING CLOTHES, STEALING SHOES, STEALING LEGAL
DOCUMENTS, STEALING RECORDS, STEALING BIRHT CERTIFICATES,
STEALING DIPLOMAS, ETC.  LUPE NUNGARAY PINA AND HER EX
HUSBAND ROGELIO PINA AKA: ROY AND MANY EX PRISONERS FROM
LA MESA PRISON, TIJUANA MEXICO HAVE STOLEN MY BIRTH
CERTIFICATE, DIPLOMAS, LEGAL RECORDS.  THE SAME CRIMINALS
THAT HAVE STOLEN FROM MY MOTHER FELOMENA NUNGARAY
DUTRA AKA; SANDOVAL AND HER FIVE CHILDREN INCLUDING
MYSELF, GRACE L. SANDOVAL AKA; GRACE S. SLALI HAVE ALSO
STOLEN FROM MY TWO DAUGHTERS PRISCELLA SANDOVAL SLALI
AKA: BARNHART, DANKO AND CORINA SANDOVAL SLALI AKA: PECK,
CORIE AND THEIR FATHER JESSE DIAZ SLAI BEFORE HE DIED ON
SEPTEMBER 6, 2007.  I DESPERATELY WANT MY DAUGHTER CORINA
SANDOVAL SLALI AKA: PECK, CORIE SAFE FROM ALL OF MY ENEMIES
THAT HAVE CAUSE HER, CORINA SANDOVAL SLALI AKA: PECK, CORIE
MANY INJURIES.  CORINA SANDOVAL SLALI AKA: PECK, CORIE IS A
VICTIM OF RAPE IN SAN DIEGO, CALIFORNIA BY MY ENEMIES THAT
HAVE LIENS ON THEIR PROPERTY FROM ME, GRACE L. SANDOVAL
AKA: GRACE S. SLALI.  CORINA SANDOVAL SLALI AKA: PECK, CORIE
HAS HAD ALL RAPIST ARRESTED INCLUDING POLIMINO MIRAMONTES
AKA: POLI, JOSE REYES, REYES QUESADA, JOE CRUZ, WILLIAM N.
RODRIGUEZ AKA: WILLIE, LEONARD FINK, RICHARD HARRION,

PAGE 33

ERNESTO ESPITIA, MARIO MORENO, DONNY LAZAROTTO JR. DONNY
LAZAROTTO SR., ANTHONA DEBLASE, JUAN GUTIERREZ, TONY
GUTIERREZ, NACHO DOE, JOE CLARK, JEFFREY DOE, ROBERT
GOODMAN JR., ERIC WARREN AKA: DARIN, J. STEVEN POCETA,
BENJAMIN BARNHART, CARLOS N. RODRIGUEZ, JOE N. RODRIGUEZ
AKA: CHONI, RANDY PECK, THOMAS JAIMES, DONNY OSMOND, JOHNNY
LONGORIA, JOEL DOE, MAJED SAIFY, RAMIN K. AKA:JASON, HECTOR
MENDEZ, ARTHUR GRIJALVA, RUDY CHAVARRIA, MANUEL GARCIA,
HENRY DOE AND MANY OTHERS.  IRMA R. CLARK DEMANDS ALL
HEROIN ADDICTS, ALL COCAINE ADDICTS, ALL ALCOHOLICS, ETC.
THAT HAVE LIENS ON THEIR PROPERTY FROM ME, GRACE L
.SANDOVAL AKA: GRACE S. SLALI TO RAPE MY TWO DAUGHTERS
PRISCELLA SANDOVAL SLALI AKA: BARNHART, DANKO AND CORINA
SANDOVAL SLALI AKA; PECK,CORIE AND MYSELF, GRACE L
.SANDOVAL AKA: GRACE S. SLALI INCLUDING JESSE DIAZ SLALI
BEFORE HE DIED ON SEPTEMBER 6, 2007.  THE EX PRISONERS FROM LA
MESA PRISON, TIJUANA MEXICO THAT ARE JOINED WITH ROBERT
GOODMAN SR. ARE DEMANDED TO INVADE ME, GRACE L. SANDOVAL
AKA: GRACE S. SLALI AND MY TWO DAUGHTERS PRISCELLA
SANDOVAL SLALI AKA: BARNHART, DANKO AND CORINA SANDOVAL
SLALI AKA; PECK, CORIE IN SAN DIEGO COUNTY, CALIFORNIA TO
CAUSE ME AND MY FAMILY MANY INJURIES TO STEAL OUR MONEY
FROM OUR BANK ACCOUNTS, OUR FURNITURE, OUR CARS, OUR
CLOTHES, OUR SHOES, OUR GOLD, ETC.  ROBERT GOODMAN SR.
DEMANDS ALL EX PRISONERS FROM LA MESA PRISON, TIJUANA
MEXICO TO DEMAND HEROIN ADDICTS TO FORCE IN PRIVATE HOMES
TO RAPE INCLUDING ME, GRACE L. SANDOVAL AKA: GRACE S. SLALI
AND MY TWO DAUGHTERS PRISCELLA SANDOVAL SLALI AKA: PECK,
CORIE AND THEIR FATHER JESSE DIAZ SLALI BEFORE HE DIED ON
SEPTEMBER 6, 2007.  ROBERT GOODMANS SR. IS JOINED WITH LORNA

PAGE 34

ALKFNE AKA; ALKSNE, BAP RUSSO AKA; BAPSI SLALI AND MANY
OTHERS IN PLANNING MURDER TO COLLECT LIFE INSURANCE MONEY.
ROBERT GOODMAN SR. DOES NOT HAVE THE LEGAL RIGHT TO PLAN
MY FUTURE OR MY TWO DAUGHTERS FUTURE BY CRIMINALS THAT
HAVE BEEN TO PRISON AND HAVE FALSE DEGREES IN SAN DIEGO
COUNTY, CALIFORNIA THAT HAVE STOLEN EVERYTHING WE OWN. I
DO NOT AGREE TO JOIN MY ENEMIES THAT DEMAND TO JOIN THEM IN
FALSE DEGREES IN SAN DIEGO, CALIFORNIA INCLUDING THE FEMALES
THAT LIVED IN THE PHILIPPINES BEFORE THEY MOVED TO BRAWEY,
CALIFORNIA AND NOW LIVE IN SAN DIEGO, CALIFORNIA WITH FALSE
NURSE DEGREES THAT ARE INVOLVED WITH IRMA R. CLARK AND
MANY OTHERS IN FALSE NURSE DEGREES. MANY WITH FALSE NURSE
DEGREES ARE EMPLOYED AT PROMISE HOSPITAL, UNIVERSITY
AVENUE, SAN DIEGO, CALIFORNIA INCLUDING JENETTE KELLER,
JANET BENOIT. I DO NOT AGREE FOR ANYONE WITH FALSE NURSE
DEGREES TO FORCE IN MY PRIVATE HOME OR ANYWHERE ELSE
ILLEGALLY TO DO CRIME TO MY HUMAN BODY AS DEMANDED BY
PRISCILLA D. CASTILLO, LEONARD FINK, RAMIN K. AKA: JASON,
LORNA ALKFNE AKA: ALKSNE, KATHRYN JEAN YAVENDITTI AKA:
KATE, ETC. MANY NURSES WITH FALSE NURSE DEGREES ARE FORCING
IN THE PRIVATE HOME OF MY TWO DAUGHTERS PRISCELLA
SANDOVAL SLALI AKA: BARNHART, DANKO AND CORINA SANDOVAL
SLALI AKA; PECK, CORIE AND MYSELF, GRACE L. SANDOVAL AKA:
GRACE S. SLALI ILLEGALLY TO CAUSE INJURIES TO ME AND MY
FAMILY HUMAN BRAIN AND BODY ESPECIALLY THE HUMAN MOUTH
AND SEX ORGAN. MY TWO DAUGHTERS PRISCELLA SANDOVAL SLALI
AKA: BARNHART, DANKO AND CORINA SANDOVAL SLALI AKA: PECK,
CORIE ARE EXTREMELY THRETENED AND INVADED BY THE ORPHANS
FROM FALLUJAH, IRAQ IN SAN DIEGO COUNTY, CALIFORNIA THAT ARE
INVOLVED IN FORCING COMPUTER CHIPS IN THE HUMAN BRAIN

PAGE 35

ILLEGALLY WITH JOSE REYES FOR FILING CASES IN COURTS IN SAN DIEGO, CALIFORNIA TO HEAR EVERY WORD TYPED IN EVERY CASE AND TO KNOW EXACTLY WERE ME AND MY FAMILY ARE TWENTY FOUR HOURS A DAY, SEVEN DAYS A WEEK TO DEMAND HEROIN ADDICTS TO ATTACK AND CAUSE MANY INJURIES TO ME AND MY FAMILY HUMAN FACE AND BODY INCLUDING TO FORCE CONTAMINATION IN OUR HUMAN MOUTH, TO FORCE INFECTED MALE SEX ORGAN IN ME AND MY FAMILY HUMAN MOUTH, ETC. AS THE EX PRISONERS FROM LA MESA PRISON, TIJUANA MEXICO LIVED HOMELESS NEAR THE ALL AMERICAN CANAL AND DANCED NUDE IN LOCAL BARS IN MEXICALI MEXICO INCLUDING TERESA KINNY AKA: LEVINE, LUPE CONCHOLA AKA:LEVINE, CAROL LEBEAU AKA: LEVINE, ETC. SYLVIA ARAUJO MIRAMONTES LIVED IN LA MESA PRISON, TIJUANA MEXICO AND LIVED HOMELESS NEAR THE ALL AMERICAN CANAL IN MEXICALI MEXICO AND DANCED NUDE IN LOCAL BARS IN MEXICALI MEXICO. SYLVIA ARAUJO MIRAMONTES IS MARRIED TO POLIMINO MIRAMONTES AKA: POLI, SYLVIA ARAUJO MIRAMONTES IS JOINED WITH BAP RUSSO AKA: BAPSI SLALI, MARIO COTA, MANY BLACKS FROM SANTA ANA, CALIFORNIA, ETC. IN SELLING HEROIN, COCAINE, ETC. SYLVIA ARAUJO MIRAMONTES IS JOINED WITH ERNESTO NUNGARAY IS DRUG SMUGGLING ILLEGAL DRUGS AND HARMFUL SUBSTANCE FROM MEXICO TO THE UNITED STATES. SYLVIA ARAUJO MIRAMONTES HAS STOLEN MONEY, CLOTHES, GOLD, FOOD, ETC. FROM ME, GRACE L. SANDOVAL AKA: GRACE S. SLALI FOR IRENE ARAUJO SALCEDA, IRMA MENDIBLES, NANCY S. ROBLES, FELOMENA N. DUTRA, BAP RUSSO AKA: BAPSI SLALI , CONI DIAZ SLALI CERVANTES STOKELY, STELLA CERVANTES SANDOVAL, BAP RUSSO AKA: BAPSI SLALI, PRISCILLA D. CASTILLO, SUSAN GOLDING, CINDY HEART, LINDA YBARRA FIERRO, SANDRA SALAZAR MURILLO, JESSIE

PAGE 36

MIRAMONTES RUIZ, LIZZY MIRAMONTES, LISA REESE, FATIMA DIAZ
SLALI ARREDONDO, LIZZY DIAZ SLALI RUIZ, LINDA DIAZ SLALI,
AMADA VALLES, JOSE REYES, TERESA SAVARESE, TERESA PLAYER,
JAN DOE, RICHARD PARELA, ROSA MUNOZ, ADELINA DOE, EVIE DOE,
ETC. SYLVIA ARAUJO MIRAMONTES MOVED FROM BRAWLEY,
CALIFORNIA TO WILSON AVENUE, SAN DIEGO, CALIFORNIA ALONE
WITH HER TWO CHILDREN. SYLVIA ARAUJO MIRAMONTES LIVED
ACROSS THE STREET FROM MARIO COTA. SYLVIA ARAUJO
MIRAMONTES HAD A DAUGHTER BORN OUT OF WEDLOCK WITH
MARIO COTA THAT IS EMPLOYED AT VONS GROCERY STORE, ADAMS
AVENUE, SAN DIEGO, CALIFORNIA NAMED MARYE. SYLVIA ARAUJO
MIRAMONTES ALSO HAD A SON BORN OUT OF WEDLOCK FROM A
BLACK MALE, ORPHAN. SYLVIA ARAUJO MIRAMONTES WAS
DEMANDED TO FORCE IN MY HOME ON RAY STREET, SAN DIEGO,
CALIFORNIA EVERY SINGLE NIGHT TO TAKE FLUID FROM MY HUMAN
BRAIN AND BODY. SYLVIA ARUAJO MIRAMONTES WAS DEMANDED TO
INJECT ME, GRACE L. SANDOVAL AKA: GRACE S. SLALI WITH
HARMFUL SUBSTANCE FROM MEXICO. SYLVIA ARAUJO MIRAMONTES
IS JOINED WITH ALL THE EX PRISONERS FROM LA MESA PRISON,
TIJUANA MEXICO THAT STOLD MONEY FROM MY BANK OF AMERICA
ACCOUNT AND OTHER BANK ACCOUNTS TO LIVE ILLEGALLY IN SAN
DIEGO,CALIFORNIA. SYLVIA ARAUJO MIRAMONTES IS JOINED WITH
HER HUSBAND POLIMINO MIRAMONTES AKA: POLI IN DRUG
SMUGGLING ILLEGAL DRUGS AND HARMFUL SUBSTANCE FROM
MEXICO TO VARIOUS COUNTIES IN CALIFORNIA INCLUDING TO
ROGELIO PINA AKA: ROY AND HIS BROTHER MANUEL PINA, LUPE
NUNGARAY PINA, RUBEN QUESADA, MIKE BUTLER, REX LESCIKA,
CORINNE ODONNEL, GLORIA GAXIOLA, CARMEN GAXIOLA, EUGENE
QUINTANA AKA: WHIMPIE, RAUL DIAZ, CAROL MENDIBLES, ETC. ALL
HEROIN ADDICTS THAT HAVE LIENS ON THEIR PROPERTY FROM ME,

PAGE 37

GRACE L. SANDOVAL AKA: GRACE S. SLALI ARE DEMANDED TO
MURDER ME, GRACE L. SANDOVAL AKA: GRACE S. SLALI BY ROBERT
GOODMANS SR. THAT CAUSED MY INJURY TO MY RIGHT LUNG ON
AUGUST 18, 1982 AT FASHION VALLEY MALL, SAN DIEGO, CALIFORNIA
THAT REQUIRED ME TO STAY IN THE INTENSIVE CARE UNIT FOR
TWENTY NINE DAYS AT THE U.C.S.D. MEDICAL CENTER, ARBOR, SAN
DIEGO, CALIFORNIA.  THE EX PRISONERS FROM LA MESA PRISON,
TIJUANA MEXICO ARE DEMANDED TO CAUSE INJURIES TO ALL OF MY
RELATIVES INCLUDING MY TWO DAUGHTERS PRISCELLA SANDOVAL
SLALI AKA:BARNHART,DANKO AND CORINA SANDOVAL SLALI AKA:
PECK, CORIE TO STEAL MONEY FROM THEIR BANK ACCOUNTS TO
CONTINUE PURCHASING REAL PROPERTY TO PAY FOR WITH WELFARE
FRAUD FROM VARIOUS COUNTIES IN CALIFORNIA FOR CHILDREN
BORN PREMATURE WITH THE DRUG PROVERA ILLEGALLY THAT DO
NOT HAVE BIRTH CERTIFICATES IN THE UNITED STATES OR
ANYWHERE ELSE.  THE EX PRISONERS FROM LA MESA PRISON
TIJUANA MEXICO ARE DEMANDED TO SPREAD THEIR MUTIPLE
DISEASES THAT IS A EPEDEMIC IN SAN DIEGO COUNTY, CALIFORNIA.
THE EX PRISONERS FROM LA MESA PRISON, TIJUANA MEXICO
DEMAND THE TRASH BAGS FROM RESTAURANTS IN SAN DIEGO
COUNTY, CALIFORNIA AND FROM PRIVATE HOMES TO EAT AS THEY
DID IN LA MESA PRISON,TIJUANA MEXICO FOR MANY YEARS.  DRUG
ADDICTS ARE DEMANDED TO STEAL FOOD TO MAKE A LIVING IN
VARIOUS COUNTIES IN CALIFORNIA INCLUDING FROM MY MOTHER
FELOMENA N. DUTRA AND HER HUSBAND FRANK DUTRA IN
WESTMORLAND,CALIFORNIA.  CORINA SANDOVAL SLALI AKA; PECK,
CORIE DOES NOT AGREE TO HAVE ANY DISEASES FROM EX PRISONERS
FROM LA MESA PRISON,TIJUANA MEXICO.

BY: _Grace L. Sandoval_   DATE: _October 10, 2008_
GRACE L. SANDOVAL

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**I. (a) PLAINTIFFS** *GRACE L. SANDOVAL*

**DEFENDANTS** *CORINA S. PECK*

**(b)** County of Residence of First Listed Plaintiff *SAN DIEGO*
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant *SAN DIEGO*
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number) *GRACE L. SANDOVAL P.O. BOX 222593 SAN DIEGO CA 92171*

Attorneys (If Known)

'08 CV 1854 LAB BLM

**II. BASIS OF JURISDICTION** (Place an "X" in One Box Only)

- ☐ 1 U.S. Government Plaintiff
- ☐ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☒ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. NATURE OF SUIT** (Place an "X" in One Box Only)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** — **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane ☐ 362 Personal Injury - | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Med. Malpractice | ☐ 625 Drug Related Seizure | 28 USC 157 | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | Liability ☐ 365 Personal Injury - | of Property 21 USC 881 | | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment | ☐ 320 Assault, Libel & Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 460 Deportation |
| & Enforcement of Judgment | Slander ☐ 368 Asbestos Personal | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 470 Racketeer Influenced and |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' Injury Product | ☐ 650 Airline Regs. | ☐ 830 Patent | Corrupt Organizations |
| ☐ 152 Recovery of Defaulted | Liability Liability | ☐ 660 Occupational | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| Student Loans | ☐ 340 Marine **PERSONAL PROPERTY** | Safety/Health | | ☐ 490 Cable/Sat TV |
| (Excl. Veterans) | ☐ 345 Marine Product ☐ 370 Other Fraud | ☐ 690 Other | | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment | Liability ☐ 371 Truth in Lending | **LABOR** | **SOCIAL SECURITY** | ☐ 850 Securities/Commodities/ |
| of Veteran's Benefits | ☐ 350 Motor Vehicle ☐ 380 Other Personal | ☐ 710 Fair Labor Standards | ☐ 861 HIA (1395ff) | Exchange |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Property Damage | Act | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge |
| ☐ 190 Other Contract | Product Liability ☐ 385 Property Damage | ☐ 720 Labor/Mgmt. Relations | ☐ 863 DIWC/DIWW (405(g)) | 12 USC 3410 |
| ☐ 195 Contract Product Liability | ☒ 360 Other Personal Product Liability | ☐ 730 Labor/Mgmt.Reporting | ☐ 864 SSID Title XVI | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | Injury | & Disclosure Act | ☐ 865 RSI (405(g)) | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | **FEDERAL TAX SUITS** | ☐ 892 Economic Stabilization Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting ☐ 510 Motions to Vacate | ☐ 790 Other Labor Litigation | ☐ 870 Taxes (U.S. Plaintiff | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☐ 442 Employment Sentence | ☐ 791 Empl. Ret. Inc. | or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ **Habeas Corpus:** | Security Act | ☐ 871 IRS—Third Party | ☐ 895 Freedom of Information |
| ☐ 240 Torts to Land | Accommodations ☐ 530 General | | 26 USC 7609 | Act |
| ☐ 245 Tort Product Liability | ☐ 444 Welfare ☐ 535 Death Penalty | | | ☐ 900 Appeal of Fee Determination |
| ☐ 290 All Other Real Property | ☐ 445 Amer. w/Disabilities - ☐ 540 Mandamus & Other | | | Under Equal Access |
| | Employment ☐ 550 Civil Rights | | | to Justice |
| | ☐ 446 Amer. w/Disabilities - ☐ 555 Prison Condition | | | ☐ 950 Constitutionality of |
| | Other | | | State Statutes |
| | ☐ 440 Other Civil Rights | | | |

**V. ORIGIN** (Place an "X" in One Box Only)

- ☐ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

**VI. CAUSE OF ACTION**
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity): *18 U.S.C. 1962 (a) (b) (c) and/or (d)*
Brief description of cause: *CORINA S. PECK IS HOSTAGE BY IRMA RODRIGUEZ CLARK, ETC.*

**VII. REQUESTED IN COMPLAINT:**
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $
CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ Yes ☐ No

**VIII. RELATED CASE(S) IF ANY** (See instructions)
JUDGE
DOCKET NUMBER

DATE *October 10, 2008*
SIGNATURE OF ATTORNEY OF RECORD *Grace L. Sandoval*

**FOR OFFICE USE ONLY**

RECEIPT #         AMOUNT         APPLYING IFP         JUDGE         MAG. JUDGE